| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __Eastern__ District of __California__ (State) |
| Case number (*if known*): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Matheson Flight Extenders, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

3 3 – 0 3 6 9 9 7 9

**4. Debtor's address**

Principal place of business

9785 Goethe Road
Number    Street

Sacramento        CA   95827
City              State  ZIP Code

Sacramento
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**

mathesoninc.com

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor　Matheson Flight Extenders, Inc.　　　Case number (if known) _____
　　　　Name

6. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   4881

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [x] Chapter 11. *Check all that apply:*
     - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - [ ] No
   - [x] Yes. District **Nevada**　When **04/19/2015**　Case number **15-50541-BTB**
   　　　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　　District _____　When _____　Case number _____
   　　　　　　　　　　　　　　　　　MM / DD / YYYY

Official Form 201　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　page 2

Debtor  Matheson Flight Extenders, Inc.　　　　　Case number (if known) _____
　　　　Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor  Matheson Postal Services, Inc.　　Relationship  Affiliate
    　　　　District  Eastern District of California　　When  05/05/2022
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　Case number, if known  _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    　　What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    　　　　　　　　　　　　　　Number　　Street

    　　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　　City　　　　　　　　　　　State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    　　　　Contact name _____
    　　　　Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49　　　　　　☒ 1,000-5,000　　　　☐ 25,001-50,000
    ☐ 50-99　　　　　 ☐ 5,001-10,000　　　　☐ 50,001-100,000
    ☐ 100-199　　　　☐ 10,001-25,000　　　 ☐ More than 100,000
    ☐ 200-999

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 3

Debtor　Matheson Flight Extenders, Inc.　　　　　　Case number (if known) _____
　　　　Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/05/2022
　　　　　　　MM / DD / YYYY

✘ *Charles J. Mellor*　　　　　　Charles J. Mellor
Signature of authorized representative of debtor　　Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

✘ _[signature]_　　　　　　　　Date  05/05/2022
Signature of attorney for debtor　　　　　MM / DD / YYYY

Gregory C. Nuti
Printed name
Nuti Hart LLP
Firm name
411 30th Street, Suite 408
Number　Street
Oakland　　　　　　　　　　　　CA　　94609
City　　　　　　　　　　　　　　State　ZIP Code

510.506.7153　　　　　　　　gnuti@nutihart.com
Contact phone　　　　　　　　Email address

151754　　　　　　　　　　　CA
Bar number　　　　　　　　　State

EXHIBIT A

# UNANIMOUS WRITTEN CONSENT AND RESOLUTIONS
# OF THE
# BOARD OF DIRECTORS
# OF
# JOE GARRETT, INC., AND ITS DIRECT OR INDIRECT SUBSIDIARY MATHESON FLIGHT EXTENDERS, INC.

April 26, 2022

The undersigned, being all of the Directors of Joe Garrett, Inc. a California corporation and its direct or indirect subsidiary Matheson Flight Extenders, Inc., also a California corporation (collectively, the "**Company**"), acting by written consent without a meeting, do hereby consent to the adoption of the following resolutions as of the date hereof with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the Board of Directors:

**WHEREAS**, the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

## Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, and the voluntary petitions to be filed by the Company's affiliates, collectively, the "**Chapter 11 Cases**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and

**RESOLVED FURTHER**, that Charles Mellor ("**Authorized Officer**") is hereby appointed as Chief Restructuring Officer, and is authorized, in the name and on behalf of the Company, appointed as the Company's authorized representative, and in such capacity, acting alone, with power of delegation, be, and he hereby is, authorized and empowered to execute and file on behalf of the Company, including in the Company's capacity as shareholder or member of its subsidiaries, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.

## Retention of Professionals

**RESOLVED FURTHER**, that each Authorized Officer be, and they hereby are, authorized and directed to employ the law firm of Nuti Hart LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate

1804806v1

retainers, and to cause to be filed an appropriate application for authority to retain the services of Nuti Hart LLP.

**RESOLVED FURTHER**, that the Authorized Officer is, and he hereby is, authorized and directed to employ any additional law firms as necessary for conflicts, efficiency, or special counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of such law firms.

**RESOLVED FURTHER** that the Authorized Officer is, and he hereby is, authorized and directed to employ a firm of his selection as notice and claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any such notice or claims agent.

**RESOLVED FURTHER** that the Authorized Officer is, and he hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**RESOLVED FURTHER** that the Authorized Officer is, and he hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officer deems necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such case.

## Cash Collateral and Adequate Protection

**RESOLVED FURTHER**, that, in connection with the commencement of the Chapter 11 Cases, the Authorized Officer, is authorized and directed to seek approval of a cash collateral order in interim and final form (a **"Cash Collateral Order"**), and the Authorized Officer is, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Company's Chapter 11 Cases, which agreement(s) may require the Company to grant liens to the Company's existing lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, all with such changes therein and additions thereto as the Authorized Officer approves, such approval to be

conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval.

### General

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer (and his designees and delegates) be, and he hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board of Directors.

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned Board of Directors have duly executed this Unanimous Written Consent/these Resolutions as of the date first written above.

| Signature | Printed Name |
|---|---|
| *[signature]* | Mark Matheson |
| *[signature]* | Sherrie Matheson |
| *[signature]* | Carole Matheson |
| *[signature]* | Joshua Matheson |
| *[signature]* | Lauren Matheson |

Filed 05/05/22      Case 22-21148      Doc 1

# 2022-5-4 MFE Voluntary Petition

Final Audit Report      2022-05-05

| | |
|---|---|
| Created: | 2022-05-05 |
| By: | Greg Nuti (gnuti@nutihart.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAV7CK22rJ-Gk6Dv0TOPbvwPJjjnpbA1wD |

## "2022-5-4 MFE Voluntary Petition" History

- Document created by Greg Nuti (gnuti@nutihart.com)
  2022-05-05 - 7:21:13 PM GMT- IP address: 68.123.13.8

- Document emailed to Charles J. Mellor (cmellor@mathesoninc.com) for signature
  2022-05-05 - 7:21:36 PM GMT

- Email viewed by Charles J. Mellor (cmellor@mathesoninc.com)
  2022-05-05 - 7:22:58 PM GMT- IP address: 71.6.62.11

- Document e-signed by Charles J. Mellor (cmellor@mathesoninc.com)
  Signature Date: 2022-05-05 - 7:23:39 PM GMT - Time Source: server- IP address: 71.6.62.11

- Agreement completed.
  2022-05-05 - 7:23:39 PM GMT


Adobe Acrobat Sign