**3 PAGES**
Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kevin W. Coleman (CSBN 168538)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
chart@nutihart.com
kcoleman@nutihart.com

Proposed Attorneys for Matheson
Flight Extenders, Inc. and Matheson
Postal Services, Inc.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 22-21148 |
| MATHESON FLIGHT EXTENDERS, INC., | Chapter 11 |
| Debtor. | **NH-4** |
| In re: | Case No.: 22-21149 |
| MATHESON POSTAL SERVICES, INC. | Chapter 11 |
| Debtor. | |
| X  Affects Both Debtors<br>  Affects Matheson Flight Extenders Only<br>  Affects Matheson Postal Services Only | **NOTICE OF HEARING ON DEBTORS' MOTION FOR ORDER (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE; (II) DEEMING UTILITIES ADEQUATELY ASSURED OF PAYMENT; AND (III) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT**<br><br>*Motion to Shorten Time Pending*<br>Date:   May 25, 2022<br>Time:   11:00AM<br>Place:  501 I Street, 6th Flr., Crtrm. 35<br>             Sacramento, CA 95814<br>Judge:  The Hon. Christopher M. Klein |

NUTI HART LLP
411 30ᵀᴴ STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

TO: **THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTORS' TWENTY LARGEST UNSECURED CREDITORS, THE DEBTOR'S SECURED LENDERS, THE UTILITIES PROVIDERS[1] AND OTHER PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT** the United States Bankruptcy Court for the Eastern District of California entered an order setting a hearing on the following motion filed by Matheson Flight Extenders, Inc. ("MFE") and Matheson Postal Services, Inc. ("MPS") (each a "Debtor" and collectively, "Debtors"):

1. Motion Of Debtors For Order (i) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service; (ii) Deeming Utilities Adequately Assured Of Payment; And (iii) Establishing Procedures For Determining Requests For Additional Adequate Assurance Of Payment ("Utilities Motion").

**PLEASE TAKE FURTHER NOTICE THAT** the hearing on the Utilities Motion shall take place on **May 25, 2022, at 11:00 a.m. in the courtroom of the Honorable Christopher M. Klein, United States Bankruptcy Court Judge, at the United States Bankruptcy Court, 501 I Street, 6ᵗʰ Floor, Courtroom 35, Sacramento, California 95814.**

**PLEASE TAKE FURTHER NOTICE THAT** at the hearing the Debtors intend to rely on this Notice, the Utilities Motion, the memoranda of points and authorities filed in support of each of the foregoing motion, the Declaration of Charles Mellor in Support of the Utilities Motion ("Mellor Decl."); all exhibits attached thereto; all papers and pleadings on file herein, and such argument and evidence as may be presented at or in advance of the May 25, 2022 hearing.

**PLEASE TAKE FURTHER NOTICE THAT** if you received this Notice and did receive copies of the Motion and supporting documents, you may obtain copies by either visiting: [www.donlinrecano.com/matheson,](www.donlinrecano.com/matheson) or contact the above-captioned counsel.

---

[1] As defined in the concurrently filed Motion Of Debtors For Order (i) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service; (ii) Deeming Utilities Adequately Assured Of Payment; And (iii) Establishing Procedures For Determining Requests For Additional Adequate Assurance Of Payment.

**PLEASE TAKE FURTHER NOTICE THAT** any party wishing to oppose the motion must appear at the hearing and advise the Court and moving party that the motion is opposed and indicate the basis of the opposition. A party opposing a motion is not required to, but may, file responsive pleadings, points and authorities, and declarations prior to the hearing.

Dated: May 12, 2022

NUTI HART LLP

By: /s/*Gregory C. Nuti*
    Gregory C. Nuti
    Proposed Attorneys for Matheson Flight Extenders, Inc. and Matheson Postal Services, Inc.