**3 PAGES**
Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kevin W. Coleman (CSBN 168538)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
chart@nutihart.com
kcoleman@nutihart.com

Proposed Attorneys for Matheson Flight Extenders, Inc. and Matheson Postal Services, Inc.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MATHESON FLIGHT EXTENDERS, INC.,<br><br>Debtor. | Case No.: 22-21148<br><br>Chapter 11<br><br>**NH-9** |
| In re:<br><br>MATHESON POSTAL SERVICES, INC.<br><br>Debtor.<br><br>X  Affects Both Debtors<br>    Affects Matheson Flight Extenders Only<br>    Affects Matheson Postal Services Only | Case No.: 22-21149<br><br>Chapter 11<br><br>**EX PARTE APPLICATION FOR ORDER TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS**<br><br>*No Hearing Set*<br>Date:<br>Time:<br>Place:  501 I Street, 6th Flr., Crtrm. 35<br>          Sacramento, CA 95814<br>Judge:  The Hon. Christopher M. Klein |

Matheson Flight Extenders, Inc. ("MFE") and Matheson Postal Services, Inc. ("MPS") (each a "Debtor" and collectively, "Debtors"), the above captioned debtors and debtors-in-

possession, hereby files this *ex parte* application (the "Application") seeking an approximate 30 day extension of time until June 17, 2022 for Debtors to File their (i) Schedules; (ii) Statement of Financial Affairs; And (iii) Other Related Documents. In support of this Application, the Debtors represent as follows:

The Debtors commenced these chapter 11 proceedings on May 5, 2022 ("Petition Date"). Pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), the Debtors are required to file among others, within 14 days of the Petition Date their schedules of assets and liabilities, statement of financial affairs and other related documents and disclosures (collectively, "Schedules and SOFAs"). As set forth more fully in the accompanying Declaration of Charles Mellor, given the size and scope the Debtors' operations it is not feasible to prepare complete and accurate Schedules and SOFAs for each Debtor within the current statutory deadline of May 19, 2022.

Federal Rule of Bankruptcy Procedure 1007(c) ("Rule 1007(c)") provides the Court may grant an extension of time to file Schedules and SOFAs for cause shown. The Debtors submit they have provided evidence sustaining this burden of proof. Further, Rule 1007(c) requires notice be given to the US Trustee and creditors committee if one has been appointed. No creditor committee has yet been appointed in these cases. The Debtors have served this Application on the US Trustee, the 20 largest unsecured creditors for each Debtor, all secured creditors and those requesting special notice. The Debtors further submit this notice satisfies the requirement of Rule 1007(c) under the circumstances.

No previous request for the relief sought herein has been made by the Debtors to this Court.

//

//

WHEREFORE, the Debtors respectfully request entry of an order extending the time for the Debtors to file their schedules and statements of financial affairs. Debtors specifically request an extension to Friday June 17, 2022, or such other date as the Court deems appropriate.

Dated: May 13, 2022

NUTI HART LLP

By: /s/*Gregory C. Nuti*
    Gregory C. Nuti
    Proposed Attorneys for Matheson Flight Extenders, Inc. and Matheson Postal Services, Inc.