Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kevin W. Coleman (CSBN 168538)
NUTI HART LLP
411 30th Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
chart@nutihart.com
kcoleman@nutihart.com
Proposed Attorneys for Matheson
Flight Extenders, Inc. and Matheson
Postal Services, Inc.

## UNITED STATES BANRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MATHESON FLIGHT EXTENDERS, INC.,<br><br>Debtor. | Case No.: 22-21148<br><br>Chapter 11 |
| In re:<br><br>MATHESON POSTAL SERVICES, INC.,<br><br>Debtor.<br><br>☐ Affects Both Debtors<br><br>☒ Affects Matheson Flight Extenders Only<br><br>☐ Affects Matheson Postal Services Only | Case No.: 22-21149<br><br>Chapter 11<br><br>**GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**<br><br>Judge: Hon. Christopher M. Klein |

## <u>Introduction</u>

        Matheson Flight Extenders, Inc. and Matheson Postal Services, Inc., the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Eastern District of California (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of

the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## <u>GLOBAL NOTES AND OVERVIEW OF METHODOLOGY</u>

1. **<u>Basis of Presentation</u>**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

2. **<u>Reservation of Rights</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the

right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non- bankruptcy laws to recover assets or avoid transfers.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

3. **Global Notes.** These Global Notes are in addition to any specific notes set forth in the Schedules and Statement. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate.

4. **Description of Cases and "as of" Information Date**. On May 5, 2022 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 13, 2022, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases under case number 22-21148 [Docket No. 42].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of April 30, 2022, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of May 5, 2022.**

5. **Net Book Value of Assets**. Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with that Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Additionally, because the book values of certain assets may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date.

Furthermore, as applicable, assets that have been fully depreciated may not appear on the Schedules or may appear with a current value of "undetermined".

6. **Recharacterization**.    Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

7. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is, or shall be construed as, an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

8. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further investigation is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities that have been paid post-petition have been excluded from the Schedules and Statements.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing objections to Claims, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

4

9. **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

10. **Intercompany and Other Transactions.** For certain reporting and internal accounting purposes, the Debtors record intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule E/F part 2, as appropriate (collectively, the "***Intercompany Claims***") as of the Petition Date. While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any Intercompany Claims is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors' regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

11. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

12. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

13. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

14. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not

constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

15. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counter-claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed  or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

16. **Litigation**.  Certain litigation actions (collectively, the "**Litigation Actions**") reflected as claims against a particular Debtor may relate to one or more of the other Debtors. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor that is the party to the Litigation Action. The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

17. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

        a.     Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

        b.     Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

        c.     Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

18. **Estimates and Assumptions**.   Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

19. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

20. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

**Specific Disclosures With Respect To The Debtors' Schedules**

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of April 30, 2022, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

> **Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of May 5, 2022. Details with respect to the Debtors' cash management system and bank accounts are provided in the (i) *Motion for Order Authorizing Debtor to (A) Maintain Existing Bank Account and (B) Continue Use of Cash Management System* [Docket No. 9 – Case No. 22-21148]; and (ii) *Motion for Order Authorizing Debtor to (A) Maintain Existing Bank Account and (B) Continue Use of Cash Management System* [Docket No. 9 – Case No. 22-21149 (the "**Cash Management Motions**").

> **Schedule A/B 11**. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported on Schedule A/B 77.

> **Schedule A/B 47**.  Listing the year, make, model and identification numbers for each of the Debtors automobiles, vans, trucks, and trailers would be unduly burdensome and, therefore, the Debtors have not listed this information.  However, if required, the Debtors will compile this information.

> **Schedule A/B 55**. The Debtors do not own any real property.  The Debtors have listed their real property leases in Schedule A/B 55. The Debtors' leasehold interests/improvements appear on Schedule A/B 55.

> **Schedule A/B 63**. The Debtors maintain customer and vendor lists. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

> **Schedule A/B 72**. The Debtors have not listed any unused net operating losses in response to Schedule A/B 72 as any net operating losses would accrue to affiliate Matheson Trucking, Inc.

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule A/B 77**. Intercompany and related party receivables listed on Schedule A/B 77 are as of the Petition Date.

**Schedule D**.    Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

Finally, any description of any lien or of the Debtors' property that is subject to a lien that is included in Schedule D is not an admission by the Debtors of the validity or the enforceability of the lien.  The descriptions included in Schedule D are derived from the various filings that record a creditor's alleged interest in the Debtors' property.  The Debtors reserve all rights to challenge these interests in connection with the Chapter 11 Cases.

**Schedule E/F Part 1**.  The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain employee wage, paid time off, benefit and business expenses that may be entitled to priority under the applicable provisions of the Bankruptcy Code.  To the extent that applicable Claims have been or will be paid under one or more of the Court's orders, such Claims may not be included in Schedule E/F Part 1.

The listing of any claim on Schedule E/F Part 1 does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtor reserves its right to dispute the priority status of any claim on any basis.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, Claims listed on Schedule E/F part 2

8

may have been aggregated by unique creditor name and remit to address, and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Further, the incidents underlying the litigation Claims listed on Schedule E/F may have given rise to related obligations that the Debtors may be responsible for. Inclusion of these related obligations on Schedule E/F is not intended to suggest that the litigation counterparty is entitled to multiple or duplicative recoveries.

Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

The Debtors expressly incorporate by reference into Schedule E/F part 2, all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**.    Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that

may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

<u>**Specific Disclosures With Respect To The Debtors' Statements**</u>

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on

behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

The listing of a party as an Insider in the Schedules and Statements is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 7**. Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto. In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question 7, the Debtors will use reasonable efforts to supplement the Statements.

**Statement 10**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**. Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Matheson Flight Extenders, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21148 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B ......................................................................

    $266,018.91

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B .....................................................................

    $117,319,392.48

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B .......................................................................

    $117,585,411.39

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

    $2,740,586.95

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F ......................................................

    UNDETERMINED

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

    + $113,407,827.05

4. ***Total liabilities***
    Lines 2 + 3a + 3b ..............................................................................................................

    $116,148,414.00

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Matheson Flight Extenders, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21148 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1.**    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.**    **Cash on hand**

2.1. _____    $_____

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | BANK OF AMERICA, N.A. | OPERATING ACCOUNT | 1489 | $2,000,086.37 |

**4.**    **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,000,086.37 |
| --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

**6.**    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below

Debtor   **Matheson Flight Extenders, Inc.**             Case number *(if known)* **22-21148**

**7.**    **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.  DEPOSITS | $1,235,114.58 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.1.  PREAID INSURANCE - ALL POLICIES | $1,050,638.22 |
| 8.2.  START-UP COSTS | $1,078,057.79 |
| 8.3.  PREPAID INSURANCE - EXCESS LIABILITY POLICY<br>ACE PROPERTY & CASUALTY INSURANCE CO | $_____ |
| 8.4.  PREPAID INSURANCE - EXCESS LIABILITY POLICY<br>ARGONAUT INSURANCE COMPANY | $_____ |
| 8.5.  RETAINER<br>DEVELOPMENT SPECIALISTS, INC. | $65,195.25 |
| 8.6.  RETAINER<br>DONLIN, RECANO & COMPANY, INC. | $5,598.10 |
| 8.7.  PREPAID INSURANCE - AUTO INSURANCE POLICIES<br>GREENWICH INSURANCE COMPANY | $_____ |
| 8.8.  PREPAID INSURANCE - GL INSURANCE POLICY<br>GREENWICH INSURANCE COMPANY | $_____ |
| 8.9.  PREPAID RENT<br>GXO LOGISTICS | $699,504.86 |
| 8.10.  MISC SUBSCRIPTIONS<br>MULTIPLE | $48,656.22 |
| 8.11.  LEGAL RETAINER<br>NUTI HART LLP | $102,175.75 |
| 8.12.  PREPAID INSURANCE - PROPERTY INSURANCE POLICY<br>TRAVELERS PROPERTY CASUALTY CO OF AMERICA | $_____ |
| 8.13.  PREPAID INSURANCE - EXCESS LIABILITY POLICY<br>WESTCHESTER SURPLUS LINES INSURACNE CO | $_____ |
| 8.14.  PREPAID INSURANCE - WC INSURANCE POLICY<br>XL INSURANCE AMERICA INC | $_____ |
| 8.15.  PREPAID INSURANCE - AIRPORT LIABILITY POLICY<br>XL SPECIALTY INSURANCE COMPANY | $_____ |

**9.**    **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

> $4,284,940.77

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| Part 3: | Accounts receivable |
| --- | --- |

**10.**    **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**11.**      **Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- | --- |
| 11a. | 90 days old or less: | $9,953,295.10 | - $_____ | = ........ → | | $9,953,295.10 |
| 11a.[1] | 90 days old or less: | $1,311,765.79 | - $_____ | = ........ → | | $1,311,765.79 |
| | | Face amount | Doubtful or uncollectible accounts | | | |
| 11b. | Over 90 days old: | $1,447,640.00 | - $_____ | = ........ → | | $1,447,640.00 |
| 11b.[1] | Over 90 days old: | $0.00 | - $_____ | = ........ → | | $0.00 |

**12.**   **Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
| --- |
| $12,712,700.89 |

[1]ACCRUED ACCOUNTS RECEIVABLE AS OF 4/30/2022

| Part 4: | Investments |
| --- | --- |

**13.**    **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. | _____ | _____ | $_____ |
| --- | --- | --- | --- |

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                  % of ownership

| 15.1. | _____ | _____% | _____ | $_____ |
| --- | --- | --- | --- | --- |

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. | _____ | _____ | $_____ |
| --- | --- | --- | --- |

**17.**    **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
| --- |
| $0.00 |

Debtor   **Matheson Flight Extenders, Inc.**                        Case number *(if known)* **22-21148**

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |
| **20.   Work in progress** | | | | |
| 20.1. _____ | _____ | $_____ | _____ | $_____ |
| **21.   Finished goods, including goods held for resale** | | | | |
| 21.1. _____ | _____ | $_____ | _____ | $_____ |
| **22.   Other inventory or supplies** | | | | |
| 22.1. _____ | _____ | $_____ | _____ | $_____ |

**23.   Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

> $0.00

**24.   Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.   Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.   Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.   Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.   Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.   Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |

Debtor **Matheson Flight Extenders, Inc.**     Case number *(if known)* **22-21148**

**32.**     **Other farming and fishing-related property not already listed in Part 6**

32.1.     _____   $_____   _____   $_____

**33.**     **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.**     **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.**     **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

**36.**     **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.**     **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.**     **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1.   OFFICE EQUIPMENT/FURNITURE | $296,721.20 | Net Book Value | $296,721.20 |
| **40.** **Office fixtures** | | | |
| 40.1.   SEE, RESPONSE AT PART 7, NO. 39 | $_____ | _____ | $_____ |

**41.**     **Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1.   COMMUNICATION EQUIPMENT[1] | UNDETERMINED | _____ | UNDETERMINED |
| 41.2.   COMPUTER EQUIPMENT | $765,939.25 | Net Book Value | $765,939.25 |
| 41.3.   SECURITY EQUIPMENT | $48,596.25 | Net Book Value | $48,596.25 |

[1]FULLY DEPRECIATED

Debtor    **Matheson Flight Extenders, Inc.**             Case number *(if known)* **22-21148**

**42.**    **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1.    _____    $_____    _____    $_____

**43.**    **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.        | $1,111,256.70 |

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☒ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46.**    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)**<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   MISC VEHICLES | $15,815.83 | Net Book Value | $15,815.83 |
| 47.2.   TOW TRACTORS | $231,647.69 | Net Book Value | $231,647.69 |
| 47.3.   TRACTORS[1] | UNDETERMINED | _____ | UNDETERMINED |
| 47.4.   TRAILERS | $457,847.65 | Net Book Value | $457,847.65 |
| 47.5.   UTILITY VEHICLE | $62,023.96 | Net Book Value | $62,023.96 |

[1]FULLY DEPRECIATED

**48.**    **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.    _____    $_____    _____    $_____

**49.**    **Aircraft and accessories**

49.1.    _____    $_____    _____    $_____

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1.   DOLLIES | $605,685.60 | Net Book Value | $605,685.60 |
|---|---|---|---|
| 50.2.   FORKLIFTS | $1,571,655.48 | Net Book Value | $1,571,655.48 |
| 50.3.   GROUND EQUIPMENT | $587,624.85 | Net Book Value | $587,624.85 |
| 50.4.   K LOADERS | $953,125.33 | Net Book Value | $953,125.33 |
| 50.5.   PLANT EQUIPMENT | $4,620,841.50 | Net Book Value | $4,620,841.50 |

**51.**    **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.        | $9,106,267.89 |

Debtor    **Matheson Flight Extenders, Inc.**                                   Case number *(if known)* **22-21148**

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 9: | Real property |
| --- | --- |

**54.    Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1. | _____<br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>2800 E AIRPORT DR<br>TUCSON AZ 85756 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| --- | --- | --- | --- | --- | --- |
| 55.2. | _____<br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>7531 METRO AIR PARKWAY<br>SUITE 1<br>SACRAMENTO CA 95836-9115 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.3. | _____<br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>3650 E. POST RD.<br>SUITE D<br>LAS VEGAS NV 89120 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.4. | _____<br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>25630 E 75TH AVE.<br>COMMERCE CITY CO 80249 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.5. | _____<br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>870 CALCON HOOK RD.<br>SHARON HILL PA 19076 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.6. _____<br><br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>795 ATLANTA SOUTH PARKWAY<br>SUITE 100<br>COLLEGE PARK GA 30349 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.7. _____<br><br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>31450 W 196TH STREET<br>EDGERTON KS 66021-4504 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.8. _____<br><br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>2400 E. ARTESIA BLVD.<br>LONG BEACH CA 90805 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.9. _____<br><br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>2189 WESTOVER ROAD<br>CHICOPEE MA 1022 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.10. _____<br><br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>620 NORTH 47TH AVE.<br>PHOENIX AZ 85034 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.11. _____<br><br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>14301 MATTAWOMAN DRIVE<br>BRANDYWINE MD 20613 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.12. _____<br><br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>1761 AVIATION PLACE<br>BILLINGS MT 59105 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.13. _____<br><br>COMMERCIAL OFFICE BUILDING<br><br>_____<br>3628 SUITE A YORKMONT ROAD<br>CHARLOTTE NC 28208 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.14. _____ COMMERCIAL OFFICE BUILDING _____ 3720 SPIRIT DRIVE SE ALBUQUERQUE NM 87106 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.15. _____ COMMERCIAL OFFICE BUILDING _____ 2161 N. CARGO RD. SUITE M TULSA OK 74115 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.16. _____ COMMERCIAL OFFICE BUILDING _____ 8560 NE ALDERWOOD RD BLDG. B PORTLAND OR 97220 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.17. _____ COMMERCIAL OFFICE BUILDING _____ 1406 BIGLEY AVENUE CHARLESTON WV 25302 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.18. _____ COMMERCIAL OFFICE BUILDING _____ 6200 BOEING AVE ANCHORAGE AK 99502 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.19. _____ COMMERCIAL OFFICE BUILDING _____ 1970 MAPLE AVENUE ATLANTA GA 30336 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.20. _____ COMMERCIAL OFFICE BUILDING _____ 300 US AIRPORT WAY EAST GRANBY CT 06026 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.21. _____ COMMERCIAL OFFICE BUILDING _____ 22625 APOLLO ST BOISE ID 83705 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |

Debtor   **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.22. _____<br>COMMERCIAL OFFICE BUILDING<br>_____<br>3193 BASS PRO DR<br>GRAPEVINE TX 76051 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.23. _____<br>COMMERCIAL OFFICE BUILDING<br>_____<br>42 JON ORR DR<br>SIOUX FALLS SD 57104 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.24. _____<br>COMMERCIAL OFFICE BUILDING<br>_____<br>2928 S. SPOTTED RD<br>SPOKANE WA 99224 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.25. _____<br>COMMERCIAL OFFICE BUILDING<br>_____<br>1400 AIR CARGO RD<br>GREAT FALLS MT 59404 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.26. _____<br>COMMERCIAL OFFICE BUILDING<br>_____<br>156 PARIS ST<br>KANSAS CITY MO 64153 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.27. _____<br>COMMERCIAL OFFICE BUILDING<br>_____<br>2062 WEST AVE 140TH<br>SAN LEANDRO CA 94577 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.28. _____<br>COMMERCIAL OFFICE BUILDING<br>_____<br>1320 INTERNATIONAL DR<br>MORRISVILLE NC 27560 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.29. _____<br>COMMERCIAL OFFICE BUILDING<br>_____<br>9499 N. VIRGINIA ST<br>RENO NV 89506 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Matheson Flight Extenders, Inc.**                      Case number *(if known)* **22-21148**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.30. _____ COMMERCIAL OFFICE BUILDING _____ 5251 AIR EXPRESS RD RICHMOND VA 23150 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.31. _____ COMMERCIAL OFFICE BUILDING _____ 500 AIRPORT WAY ROCHESTER NY 14624 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.32. _____ COMMERCIAL OFFICE BUILDING _____ 4650 AIR FREIGHT DR LOUISVILLE KY 40209 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.33. _____ COMMERCIAL OFFICE BUILDING _____ 5853 CITATION WAY SACRAMENTO CA 95837 | LEASEHOLD | UNDETERMINED | _____ | UNDETERMINED |
| 55.34. _____ LEASEHOLD IMPROVEMENTS - AGGREGATE - ALL LEASES _____ | LEASEHOLD IMPROVEMENTS | $266,018.91 | Net Book Value | $266,018.91 |

**56.    Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                    $266,018.91

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:  Intangibles and intellectual property**

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

Debtor  **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. _____ | $_____ | _____ | $_____ |
| **61.** **Internet domain names and websites** | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. _____ | $_____ | _____ | $_____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| 62.1. _____ | $_____ | _____ | $_____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| 63.1. CUSTOMER AND VENDOR NAMES, ADDRESSES, E-MAILS, EIN, CERTAIN BANK ACCOUNT INFORMATION | UNDETERMINED | _____ | UNDETERMINED |
| **64.** **Other intangibles, or intellectual property** | | | |
| 64.1. _____ | $_____ | _____ | $_____ |
| **65.** **Goodwill** | | | |
| 65.1. _____ | $_____ | _____ | $_____ |

**66.** **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| UNDETERMINED |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**  **All other assets**

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ | - $_____ | = ........ → | $_____ |
| _____ | | | | |

Debtor  **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

**72.     Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1.   SEE, GLOBAL NOTES | $_____ | $_____ | _____ | $_____ |

**73.     Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | ARGONAUT INSURANCE CO. | EXCESS EMPLOYMENT PRACTICES LIABILITY INSURANCE, POLICY NO. MLX4263507-0 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | AXIS INSURANCE COMPANY | MANAGEMENT LIABILITY PRACTICES INSURANCE, POLICY NO. P-001-000521747-02 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | NATIONAL FIRE & MARINE INSURANCE CO. | LEAD EXCESS INSURANCE, POLICY NO. 42XSF30482505 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | CHUBB FEDERAL INSURANCE CO. | EXCESS LIABILITY INSURANCE, POLICY NO. XOOG72566580001 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | GREENWICH INSURANCE CO. | LIABILITY INSURANCE, POLICY NO. RAD943505218 & AND RAD500019513 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | GREENWICH INSURANCE CO. | AUTOMOBILE LIABILITY - AXA XL INSURANCE, POLICY NO. RAD5000195-13 | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | HISCOX | KIDNAP AND RANSOM INSURANCE, POLICY NO. UKA3005332.22 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | SCOTTSDALE | STORAGE TANK LIABILITY - SCOTTSDALE INSURANCE, POLICY NO. VGS0002693 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | TRAVELERS PROPERTY CASUALTY CO OF AMERICA | CASUALTY /PROPERTY - REPLACEMENT INSURANCE, POLICY NO. QT6303T36208ATIL22 | _____ | _____ | _____ | UNDETERMINED |

Debtor   **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| | | | | | | |
|---|---|---|---|---|---|---|
| 73.10. | WESTCHESTER | EXCESS LIABILITY INSURANCE, POLICY NO. G71789597003 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | XL INSURANCE AMERICA, INC. | WORKER'S COMPENSATION INSURANCE, POLICY NO. RWD9435054-18 | _____ | _____ | _____ | UNDETERMINED |
| 73.12. | XL SPECIALITY INSURNACE COMPANY | AIRPORT LIABILITY, POLICY NO. UA0010968AV22A | _____ | _____ | _____ | UNDETERMINED |

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | UNITED STAES POSTAL SERVICE | CONTRACT CLAIMS AND EQUITABLE RELIEF | $24,960,495.10 | $24,960,495.10 |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | _____ | _____ | $_____ | $_____ |

**76.**   **Trusts, equitable or future interests in property**

| | | |
|---|---|---|
| 76.1. | _____ | $_____ |

**77.**   **Other property of any kind not already listed**
Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | MISCELLANEOUS EMPLOYEE RECEIVABLES | $47.42 |
| 77.2. | MISCELLANEOUS RECEIVABLES - OTHER | $61,932.30 |
| 77.3. | CAPITAL EQUIPMENT REPAIR | $991,650.38 |
| 77.4. | ASSET RESERVE | ($21,915.10) |
| 77.5. | ASSET PROJECT PENDING | $694,145.65 |
| 77.6.[1] | INTERCOMPANY RECEIVABLE DUE FROM MATHESON POSTAL SERVICES, INC. | $22,287,923.11 |
| 77.7.[1] | INTERCOMPANY RECEIVABLE DUE FROM MATHESON TRUCKING, INC. | $38,309,861.00 |
| 77.8.[1] | INTERCOMPANY RECEIVABLE DUE FROM MATHESON MAIL TRANSPORTATION, INC. | $300,000.00 |
| 77.9.[1] | INTERCOMPANY RECEIVABLE DUE FROM MATHESON AIR SERVICES, LLC | $520,000.00 |

[1] REPORTED AS OF 5/5/2022

**78.**   **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.      | $88,104,139.86 |

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   **Matheson Flight Extenders, Inc.**      Case number *(if known)* **22-21148**

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,000,086.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,284,940.77 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $12,712,700.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,111,256.70 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,106,267.89 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................................... → | | $266,018.91 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*      + | $88,104,139.86 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $117,319,392.48 | + 91b.   $266,018.91 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................   $117,585,411.39

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Matheson Flight Extenders, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21148 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|

**2.1.**

**Creditor's name and address**

BANC OF AMERICA LEASING & CAPITAL, LLC
ONE FINANCIAL PLAZA
PROVIDENCE RI 02903

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/8/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

THE COLLATERAL IS CERTAIN GOODS GENERALLY DESCRIBED AS SCANNERS AS DESCRIBED IN EXHIBIT A, AND MORE PARTICULARLY DESCRIBED OR REFERRED TO AS THE EQUIPMENT SUBJECT TO EQUIPMENT SECURITY NOTE NO. 005 TO MASTER LOAN AND SECURITY AGREEMENT NO. 31673-70000, DATED AUGUST 22, 2016, ETC.

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 12/08/2016 AS DOCUMENT NO. U210114029220

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$818,313.76     UNDETERMINED

Debtor   **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| 2.2. | **Creditor's name and address** | | **Describe debtor's property that is subject to a lien** | | |
|------|----|----|----|----|----|

BANC OF AMERICA LEASING & CAPITAL, LLC
ONE FINANCIAL PLAZA
PROVIDENCE RI 02903

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/29/2021

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

THE COLLATERAL IS CERTAIN GOODS GENERALLY DESCRIBED AS SCANNERS AND LIFTS AS DESCRIBED IN EXHIBIT A, AND MORE PARTICULARLY DESCRIBED OR REFERRED TO AS THE EQUIPMENT SUBJECT TO EQUIPMENT SECURITY NOTE NO. 004 TO MASTER LOAN AND SECURITY AGREEMENT NO. 31673-70000, DATED AUGUST 22, 2016, ETC.

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 12/29/2021 AS DOCUMENT NO. U210114029422 AND AS AMENDED 03/10/2022, DOCUMENT NO. U220172851224

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,592,713.00        UNDETERMINED

Debtor    **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| | |
|---|---|
| **2.3.**    **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

BANK OF AMERICA NA
NC 1-026-06-06
900 W. TRADE STREET
GATEWAY VLLLAGE 900 BLDG
CHARLOTTE NC 28255

ANY AND ALL ASSETS OF DEBTOR, INCLUDING, WITHOUT LIMITATION, THE FOLLOWING DESCRIBED PROPERTY NOW OWNED OR HEREAFTER ACQUIRED BY THE DEBTOR. SEE, EXHIBIT A, COLLATERAL DESCRIPTION

UNDETERMINED   UNDETERMINED

**Creditor's email address, if known**

_____

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 02/18/2022 AS DOCUMENT NO. U220166318832

**Date debt was incurred:** 2/18/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor　**Matheson Flight Extenders, Inc.**　　　　　　　　　　Case number *(if known)* **22-21148**

| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|
| | BMO HARRIS BANK NA<br>300 E JOHN CARPENTER FWY<br>IRVING TX 75062 | ALL VEHICLES AND OTHER PROPERTY DESCRIBED BELOW OR ON ANY ATTACHMENT HERETO ("PROPERTY"), TOGETHER WITH ALL ATTACHMENTS, ACCESSIONS, ACCESSORIES, EXCHANGES, REPLACEMENT PARTS, REPAIRS AND ADDITIONS THERETO; AND ALL CASH AND NON-CASH PROCEEDS OF ANY OF THE FOREGOING. PROPERTY: SEE SCHEDULE A | UNDETERMINED  UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/25/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　_____

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 01/25/2018 AS DOCUMENT NO. 18-7630286415

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor     **Matheson Flight Extenders, Inc.**                         Case number *(if known)* **22-21148**

| 2.5. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

BMO HARRIS BANK NA
300 E JOHN CARPENTER FWY
IRVING TX 75062

**Creditor's email address, if known**
_____

**Date debt was incurred:** 4/1/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

---

ALL VEHICLES AND OTHER PROPERTY DESCRIBED BELOW OR ON ANY ATTACHMENT HERETO ("PROPERTY"), TOGETHER WITH ALL ATTACHMENTS, ACCESSIONS, ACCESSORIES, EXCHANGES, SUBSTITUTIONS. REPLACEMENT PARTS. REPAIRS AND ADDITIONS THERETO; AND ALL CASH AND NON-CASH PROCEEDS OF ANY OF THE FOREGOING. PROPERTY: ONE (1) 2019 JBT MODEL COMMANDER 301 CARGO LOADER S/N C301190JO

$202,557.10          UNDETERMINED

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 04/01/2019 AS DOCUMENT NO. 19-7704811735

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor   **Matheson Flight Extenders, Inc.**      Case number *(if known)* **22-21148**

| 2.6. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | BMO HARRIS BANK NA<br>300 E JOHN CARPENTER FWY<br>IRVING TX 75062 | ALL VEHICLES AND OTHER PROPERTY DESCRIBED BELOW OR ON ANY ATTACHMENT HERETO ("PROPERTY"), TOGETHER WITH ALL ATTACHMENTS, ACCESSIONS, ACCESSORIES, EXCHANGES, SUBSTITUTIONS. | $127,003.09 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/25/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

REPLACEMENT PARTS. REPAIRS AND ADDITIONS THERETO; AND ALL CASH AND NON-CASH PROCEEDS OF ANY OF THE FOREGOING. PROPERTY: ONE (1) 2019 JBT MODEL COMMANDER 301 CARGO LOADER SIN C30118032

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 06/25/2018 AS DOCUMENT NO. 187655699288

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

**2.7.**     **Creditor's name and address**

TOYOTA INDUSTRIES COMMERCIAL
FINANCE, INC.
PO BOX 9050
COPPELL TX 75019

**Creditor's email address, if known**

_____

Date debt was incurred: 8/3/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

IT IS THE INTENT OF THE PARTIES THAT THE TRANSACTION REFERENCED HEREIN CONSTITUTES A TRUE LEASE. THE PARTY DESIGNATED AS THE SECURED PARTY IN ITEM 3 ABOVE IS THE OWNER OF THE PROPERTY DESCRIBED HEREIN. THIS FILLING IS MADE AS A PRECAUTION SHOULD THIS TRANSACTION BE VIEWED OTHER THAN A TRUE LEASE. FOR ONE TOYOTA FORKLIFT MODEL 8FGU25 SERIAL NUMBER 81491

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 08/03/2017 AS DOCUMENT NO. 177599473123

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED   UNDETERMINED

Debtor   **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| | |
|---|---|
| 2.8. | **Creditor's name and address** |

XCED AVIATION SERVICES, LLC
425 NORTH MARTINGALE ROAD
6TH FLOOR
SCHAUMBURG IL 60173

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/15/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL EQUIPMENT AND OTHER GOODS AND PROPERTY, WHETHER TANGIBLE OR INTANGIBLE, INCLUDING ALL PRESENT AND FUTURE ACCESSORIES, ATTACHMENTS, SUBSTITUTIONS, REPLACEMENTS AND ACCESSIONS THERETO AND ALL PROCEEDS THEREOF, NOW OR IN THE FUTURE LEASED OR TO BE LEASED TO DEBTOR/LESSEE BY SECURED PARTY/LESSOR

UNDETERMINED  UNDETERMINED

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 08/15/2016 AS DOCUMENT NO. 167541359465

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

**2.9.**    **Creditor's name and address**

XCED AVIATION SERVICES, LLC
425 NORTH MARTINGALE ROAD
6TH FLOOR
SCHAUMBURG IL 60173

**Creditor's email address, if known**

_____

**Date debt was incurred:** 8/15/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL EQUIPMENT LISTED IN THE ATTACHED SCHEDULE A 1028-001 INCLUDING ALL PRESENT AND FUTURE ACCESSORIES, ATTACHMENTS, SUBSTITUTIONS, REPLACEMENTS AND ACCESSIONS THERETO AND ALL PROCEEDS THEREOF, ETC.

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 08/15/2016 AS DOCUMENT NO. 167541377748

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

**2.10.**    **Creditor's name and address**

XCED AVIATION SERVICES, LLC
425 NORTH MARTINGALE ROAD
6TH FLOOR
SCHAUMBURG IL 60173

**Creditor's email address, if known**

_____

**Date debt was incurred:** 12/5/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**

UCC-1 RECORDED IN STATE OF CALIFORNIA 12/05/2017 AS DOCUMENT NO. 177619721172

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

Debtor   **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $2,740,586.95

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.1 | _____ |
| 3.2. | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.2 | _____ |
| 3.3. | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CLAIRE K WU<br>725 SOUTH FIGUEROA ST.,36TH FLOOR<br>LOS ANGELES CA 90017-5524 | Line 2.3 | _____ |
| 3.4. | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.1 | _____ |
| 3.5. | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.2 | _____ |
| 3.6. | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JONATHAN DOOLITTLE<br>FOUR EMBARCADERO CENTER<br>22ND FLOOR<br>SAN FRANCISCO CA 94111-5998 | Line 2.3 | _____ |
| 3.7. | TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.<br>ATTN BANKRUPTCY LEGAL DEPT<br>8951 CYPRESS BLVD<br>COPPELL TX 75019 | Line 2.7 | _____ |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Matheson Flight Extenders, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21148 |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.**    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address**<br><br>ARIZONA DEPARTMENT OF REVENUE<br>1600 W. MONROE STREET<br>PHOENIX AZ 85007 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Total claim**<br><br>UNDETERMINED | **Priority amount**<br><br>UNDETERMINED |
| --- | --- | --- | --- | --- |
| | | | | **Nonpriority amount**<br><br>UNDETERMINED |
| | **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>STATE TAX | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br><br>☑ No<br>☐ Yes | | |

| 2.2. | **Priority creditor's name and mailing address**<br><br>ARIZONA DEPARTMENT OF REVENUE<br>SALES AND USE TAX<br>1600 WEST MONROE STREET<br>PHOENIX AZ 85007 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Total claim**<br><br>UNDETERMINED | **Priority amount**<br><br>UNDETERMINED |
| --- | --- | --- | --- | --- |
| | | | | **Nonpriority amount**<br><br>UNDETERMINED |
| | **Date or dates debt was incurred**<br><br>VARIOUS | **Basis for the claim:**<br><br>SALES & USE TAX | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br><br>☑ No<br>☐ Yes | | |

Debtor   **Matheson Flight Extenders, Inc.**                              Case number *(if known)* **22-21148**

| 2.3. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.3.** **Priority creditor's name and mailing address**

BOARD OF EQUALIZATION - PROPERTY
SALES & EXCISE TAXES
SALES AND USE TAX
LEGAL DEPT.
450 N STREET, MIC 121
PO BOX 942879
SACRAMENTO CA 94279-0121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.4.** **Priority creditor's name and mailing address**

CALIFORNIA - FRANCHISE TAX BOARD
BANKRUPTCY, BE MS A345
P.O. BOX 2952
SACRAMENTO CA 95812-2952

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.5.** **Priority creditor's name and mailing address**

CALIFORNIA FRANCHISE TAX BOARD
SALES AND USE TAX
PO BOX 942840
SACRAMENTO CA 94240-0040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Matheson Flight Extenders, Inc.**                                Case number *(if known)* **22-21148**

| 2.6. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CALIFORNIA STATE BOARD OF
EQUALIZATION (SBOE)
SPECIAL OPERATIONS BANKRUPTCY
TEAM
MIC: 74, P.O. BOX 942879
SACRAMENTO CA 94279-0074

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.7.**    **Priority creditor's name and mailing address**

COLORADO DEPARTMENT OF
REVENUE
SALES AND USE TAX
1375 SHERMAN STREET
DENVER CO 80203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.8.**    **Priority creditor's name and mailing address**

COLORADO DEPRTMENT OF REVENUE
1375 SHERMAN STREET
DENVER CO 80261

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                              Case number *(if known)* **22-21148**

| 2.9. | Priority creditor's name and mailing address | | | |
|---|---|---|---|---|

**2.9.** | **Priority creditor's name and mailing address**

FLORIDA TAX PAYER SERVICES
SALES AND USE TAX
MAIL STOP 3-2000
5050 W TENNESSEE ST
TALLAHASSEE FL 32399-0112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.10.** | **Priority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BOULEVARD NE
ATLANTA GA 30345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.11.** | **Priority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
SALES AND USE TAX
1800 CENTURY BLVD NE
ATLANTA GA 30345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.12.

**Priority creditor's name and mailing address**

IDAHO STATE TAX COMMISION IDAHO STATE TAX COMMISSION
800 E. PARK BLVD.
PLAZA IV
BOISE ID 83712-7742

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.13.

**Priority creditor's name and mailing address**

IDAHO STATE TAX COMMISSION
SALES AND USE TAX
11321 W CHINDEN BLVD
BOISE ID 83714

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.14.

**Priority creditor's name and mailing address**

INDIANA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION - MS 108
100 NORTH SENATE AVENUE, ROOM N240
INDIANAPOLIS IN 46204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| 2.15. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | INDIANA DEPARTMENT OF REVENUE SALES AND USE TAX 100 N SENATE AVE STE N248 INDIANAPOLIS IN 46204 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** SALES & USE TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.16. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE 1111 CONSTITUTION AVE., NW WASHINGTON DC 20224 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** FEDERAL TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.17. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | IRS (INTERNAL REVENUE SERVICE) 10TH ST AND PENNSYLVANIA AVE, NW WASHINGTON DC 20530 | ☑ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** FEDERAL TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor    **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KANSAS DEPARTMENT OF REVENUE<br>915 SW HARRISON STREET<br>TOPEKA KS 66625-9000 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.19. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KANSAS DEPT. OF REVENUE<br>SALES AND USE TAX<br>120 SE 10TH AVE<br>TOPEKA KS 66612 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.20. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KENTUCKY DEPARTMENT OF REVENUE<br>501 HIGH STREET<br>FRANKFORT KY 40601-2103 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor  **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

**2.21.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

KENTUCKY DEPARTMENT OF
REVENUE
SALES AND USE TAX
501 HIGH STREET
FRANKFORT KY 40601-2103

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.22.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

MICHIGAN DEPARTMENT OF
TREASURY
TREASURY BUILDING
LANSING MI 48922

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.23.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

MICHIGAN DEPARTMENT OF
TREASURY
SALES AND USE TAX
430 W. ALLEGAN STREET
LANSING MI 48922

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 2.24. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.24.** Priority creditor's name and mailing address

MISSOURI DEPARTMENT OF REVENUE
HARRY S TRUMAN STATE OFFICE
BUILDING
301 WEST HIGH STREET
JEFFERSON CITY MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.25.** Priority creditor's name and mailing address

MISSOURI DEPT. OF REVENUE
SALES AND USE TAX
HARRY S TRUMAN STATE OFFICE
BUILDING
301 WEST HIGH STREET
JEFFERSON CITY MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.26.** Priority creditor's name and mailing address

NEVADA DEPARTMENT OF TAXATION
1550 E. COLLEGE PARKWAY
CARSON CITY NV 89706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| | | | |
|---|---|---|---|
| **2.27.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |

| | | |
|---|---|---|
| NEVADA DEPARTMENT OF TAXATION SALES AND USE TAX 1550 COLLEGE PARKWAY SUITE 115 CARSON CITY NV 89706 | **Total claim** UNDETERMINED | **Priority amount** UNDETERMINED |

**2.27.**

**Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF TAXATION
SALES AND USE TAX
1550 COLLEGE PARKWAY
SUITE 115
CARSON CITY NV 89706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.28.**

**Priority creditor's name and mailing address**

NEW MEXICO TAX & REVENUE DEPT.
1100 SOUTH ST. FRANCIS DRIVE
LEGAL SERVICES BUREAU
SANTA FE NM 87504-0630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.29.**

**Priority creditor's name and mailing address**

NEW MEXICO TAXATION OF REVENUE
SALES AND USE TAX
1100 SOUTH ST. FRANCIS DRIVE
SANTA FE NM 87504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

---

| 2.30. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.30.** Priority creditor's name and mailing address

NEW YORK CITY DEPT. OF FINANCE
1 CENTRE STREET, (MUNICIPAL BLDG., #500)
NEW YORK NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATE TAX

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.31.** Priority creditor's name and mailing address

NEW YORK DEPT OF TAX & FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY NY 12205-0300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATE TAX

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.32.** Priority creditor's name and mailing address

NORTH CAROLINA DEPARTMENT OF REVENUE
SALES AND USE TAX
501 NORTH WILMINGTON STREET
RALEIGH NC 27604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**       Case number *(if known)* **22-21148**

---

| 2.33. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.33.** 

**Priority creditor's name and mailing address**

NORTH CAROLINA DEPT. OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.34.**

**Priority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION
2501 LINCOLN BOULEVARD
OKLAHOMA CITY OK 73194

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.35.**

**Priority creditor's name and mailing address**

OKLAHOMA TAX DIVISION
SALES AND USE TAX
2501 NORTH LINCOLN BOULEVARD
CONNORS BUILDING, CAPITOL
COMPLEX
OKLAHOMA CITY OK 73194

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 2.36. | Priority creditor's name and mailing address | | |
|---|---|---|---|

**2.36.** **Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF
REVENUE
SALES AND USE TAX
PO BOX 280905
HARRISBURG PA 17128-0905

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.37.** **Priority creditor's name and mailing address**

PENNSYLVANIA DEPT. OF REVENUE
11 STRAWBERRY SQUARE
HARRISBURG PA 17128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.38.** **Priority creditor's name and mailing address**

SOUTH DAKOTA DEPT. OF REVENUE
SALES AND USE TAX
445 EAST CAPITOL AVE
PIERRE SD 57501-3185

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

---

| 2.39. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|---|

**2.39.**

**Priority creditor's name and mailing address**

SOUTH DAKOTA DEPT. OF REVENUE & REGULATION
445 E. CAPITOL AVENUE
PIERRE SD 57501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.40.**

**Priority creditor's name and mailing address**

STATE OF CONNECTICUT
SALES AND USE TAX
25 SIGOURNEY STREET
STE 2
HARTFORD CT 06106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.41.**

**Priority creditor's name and mailing address**

STATE OF CONNECTICUT
DEPARTMENT OF REVENUE SERVICES
25 SIGOURNEY STREET
STE 2
HARTFORD CT 06106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| 2.42. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.42.**

**Priority creditor's name and mailing address**

STATE OF FLORIDA DEPARTMENT OF REVENUE
5050 WEST TENNESSEE STREET
TALLAHASSE FL 32399-0100

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.43.**

**Priority creditor's name and mailing address**

STATE OF NEW YORK
NYS TAX DEPARTMENT
SALES TAX REGISTRATION UNIT
W A HARRIMAN CAMPUS
ALBANY NY 12227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.44.**

**Priority creditor's name and mailing address**

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON BUILDING
500 DEADRICK STREET
NASHVILLE TN 37242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **Matheson Flight Extenders, Inc.**                                      Case number *(if known)* **22-21148**

| 2.45. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TENNESSEE DEPT. OF REVENUE SALES AND USE TAX 500 DEADERICK STREET NASHVILLE TN 37242 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.46. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS P.O. BOX 13528, CAPITOL STATION AUSTIN TX 78711-3528 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.47. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS SALES AND USE TAX PO BOX 13528 CAPITOL STATION AUSTIN TX 78711-3528 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| 2.48. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | US DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE OGDEN UT 84201-0005 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>FEDERAL TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.49. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | US DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 806532 CINCINNATI OH 45280-6532 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>FEDERAL TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.50. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | UTAH STATE TAX COMMISSION 210 NORTH 1950 WEST SALT LAKE CITY UT 84134 | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>STATE TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

Debtor    **Matheson Flight Extenders, Inc.**       Case number *(if known)* **22-21148**

| 2.51. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.51.**    **Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
SALES AND USE TAX
210 N 1950 W
SALT LAKE CITY UT 84134-0260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

---

**2.52.**    **Priority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF CUSTOMER SERVICE
P.O. BOX 1115
RICHMOND VA 23218-1115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

STATE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

---

**2.53.**    **Priority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF TAXATION
SALES AND USE TAX
1957 WESTMORELAND ST
RICHMOND VA 23230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

Debtor   **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

---

**2.54.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

**Priority creditor's name and mailing address**

WASHINGTON STATE DEPARTMENT OF REVENUE
PO BOX 47464
OLYMPIA WA 98504-7476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.55.** **Priority creditor's name and mailing address**

WASHINGTON STATE DEPARTMENT OF REVENUE
SALES AND USE TAX
19800 N CREEK PKWY STE 101
BOTHELL WA 98011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SALES & USE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.56.** **Priority creditor's name and mailing address**

WEST VIRGINIA DEPT. OF REVENUE
1206 QUARRIER STREET
CHARLESTON WV 23501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

STATE TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| **2.57.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**2.57.**

**Priority creditor's name and mailing address**

WEST VIRGINIA TAX DEPARTMENT
SALES AND USE TAX
STATE CAPITOL
BUILDING 1, W-300
CHARLESTON WV 25305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

SALES & USE TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **Nonpriority amount** | |
| UNDETERMINED | |

Debtor   **Matheson Flight Extenders, Inc.**                Case number *(if known)* **22-21148**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.**     **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

---

3.1.    **Nonpriority creditor's name and mailing address**

121 WAWARME INVESTMENT PARTNERS LLC
137 DANBURY ROAD
PMB 300
NEW MILFORD CT 06776

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0459

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$103,650.75

---

3.2.    **Nonpriority creditor's name and mailing address**

123 SECURITY PRODUCTS
731 UNION PARKWAY
RONKONKOMA NY 11779

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$24,645.47

---

3.3.    **Nonpriority creditor's name and mailing address**

1ST CLASS STAFFING LLC
PO BOX 205521
DALLAS TX 75320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6279

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$32,679.50

---

Debtor     **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

502 SHINE CLEANING SERVICES
9109 MARSE HENRY DR
JEFFERSONTOWN KY 40299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $1,200.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:** 7779

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.5.     **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

AAMES LOCK & SAFE COMPANY
818 W CHAPMAN AVENUE
ORANGE CA 92868

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,401.25

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.6.     **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

AARROW LANDSCAPE CONSTRUCTION
PO BOX 490
WEST JORDAN UT 84084

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,160.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABSOLUTE COMFORT TECHNOLOGIES, INC.
8248 NW 101ST TERRACE STE #16
KANSAS CITY MO 64153

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,925.48

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCESS CONTROL SECURITY INC
PO BOX 3791
CHATSWORTH CA 91313-3791

☐ Contingent
☐ Unliquidated
☐ Disputed

$104,562.30

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE/GUARD

**Last 4 digits of account number:** 7231

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACI - SAN LEANDRO
P.O. BOX 2137
SAN LEANDRO CA 94577-0213

☐ Contingent
☐ Unliquidated
☐ Disputed

$599.78

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADVANCE SCALE COMPANY INC.
2400 EGG HARBOR ROAD
LINDENWOLD NJ 08021

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,118.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADVANTAGE BUILDING SERVICES
632 107TH PLACE SE
EVERETT WA 98208-4059

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,710.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AFCO CARGO BDL LLC
PO BOX 870892
KANSAS CITY MO 64187-0892

☐ Contingent
☐ Unliquidated
☐ Disputed

$27,199.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2789**

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| **3.13.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.13.** | **Nonpriority creditor's name and mailing address**

AFCO CARGO RIC LLC
P.O. BOX 16860
WASHINGTON DC 20041-6860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number: 6354**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$7,162.59

---

**3.14.** | **Nonpriority creditor's name and mailing address**

AG NETWORK CABLING INC
4150 WARRINGTON AVE
PICO RIVERA CA 90660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number: 9837**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$1,408.56

---

**3.15.** | **Nonpriority creditor's name and mailing address**

AHERN RENTALS
PO BOX 271390
LAS VEGAS NV 89127-1390

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$551.26

---

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.16.   **Nonpriority creditor's name and mailing address**

ALASKA WASTE
6301 ROSEWOOD ST
ANCHORAGE AK 99518-1940

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$154.93

---

3.17.   **Nonpriority creditor's name and mailing address**

ALEXIS KANATZAR
1061 CIMARRON TRAIL
GARDNER KS 66030

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/7/2021

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.18.   **Nonpriority creditor's name and mailing address**

ALHAMBRA & SIERRA SPRINGS
P.O. BOX 660579
DALLAS TX 75266-0579

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,104.18

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALL WEATHER OVERHEAD DOOR, INC.
16911 NE 27TH STREET
VANCOUVER WA 98684

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,050.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                              OUTSIDE SERVICE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.20. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALLAN CLARK
9505 PEBBLE CREEK CT
VILLA RICA GA 30180

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

3/23/2022                            WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.21. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALPINE VALLEY WATER CO INC
10341 JULIAN DRIVE
CINCINNATI OH 45215

☐ Contingent
☐ Unliquidated
☐ Disputed

$283.88

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                              OUTSIDE SERVICE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| 3.22. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMBER FRAGALL<br>616 S MCLOUGHLIN BLVD #C<br>OREGON CITY OR 97045 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 3/25/2022 | WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.23. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMERICAN WATER TECHNOLOGIES<br>2449 OVERLAND AVENUE<br>BILLINGS MT 59102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | OUTSIDE SERVICE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.24. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | AMERIGAS<br>P.O. BOX 7155<br>PASADENA CA 91109-7155 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $604.34 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | FUEL | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **Matheson Flight Extenders, Inc.**       Case number *(if known)* **22-21148**

| | |
|---|---|
| **3.25.** | **Nonpriority creditor's name and mailing address** |

**3.25.**

**Nonpriority creditor's name and mailing address**
ANARELI RIVERA
8319 QUIMBY ST
PARAMOUNT CA 90723

**Date or dates debt was incurred**
3/23/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

---

**3.26.**

**Nonpriority creditor's name and mailing address**
ANCHOR STAFFING SERVICES LLC
36 MAIN STREET
WINDSOR LOCKS CT 06096

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 0486

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TEMP. AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$42,968.31

---

**3.27.**

**Nonpriority creditor's name and mailing address**
ANDRE DE OLIVEIRA
10599 CLERMONT WAY
THORNTON CO 80233

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION SETTLEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$93,750.02

Debtor    **Matheson Flight Extenders, Inc.**               Case number *(if known)* **22-21148**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ANDY TRAN<br>8254 TURNBURY DR<br>SACRAMENTO CA 95828 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>8/15/2021 | **Basis for the claim:**<br>WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ANGEL MARTINEZ CARBAJAL<br>3598 KINGS WAY<br>#20<br>SACRAMENTO CA 95821 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>9/3/2021 | **Basis for the claim:**<br>WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ANYTIME LABOR<br>DBA LABORMAX STAFFING<br>PO BOX 900<br>KEARNEY MO 64060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,198.88 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TEMP. AGENCY | |
| | **Last 4 digits of account number:** 1721 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor　**Matheson Flight Extenders, Inc.**　　　　　　　　Case number *(if known)* **22-21148**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

APPALACHIAN POWER
P.O. BOX 371496
PITTSBURGH PA 15250-7496

☐ Contingent
☐ Unliquidated
☐ Disputed

$187.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.32. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

AQUA PENNSYLVANIA
PO BOX 70279
PHILADELPHIA PA 19176-0279

☐ Contingent
☐ Unliquidated
☐ Disputed

$129.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.33. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

AQUABLU SPRING WATER
P.O. BOX 134
SELLERSBURG IN 47172

☐ Contingent
☐ Unliquidated
☐ Disputed

$63.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.34.**

**Nonpriority creditor's name and mailing address**

AQUAPERFECT
3965 E PATRICK LANE
LAS VEGAS NV 89120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$86.60

---

**3.35.**

**Nonpriority creditor's name and mailing address**

ARDITH L DUKE
4495 ANDES STREET
DENVER CO 80249

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

LITIGATION SETTLEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$93,750.02

---

**3.36.**

**Nonpriority creditor's name and mailing address**

ARTHUR J. GALLAGHER & CO.
INSURANCE BROKERS OF CA, INC.
P.O. BOX 742886
LOS ANGELES CA 90074-2886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE/INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$314.91

---

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.37.  **Nonpriority creditor's name and mailing address**

ATLANTIC AVIATION SDF
BOX #4276
P.O. BOX 784276
PHILADELPHIA PA 19178-4276

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

FUEL

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,432.28

---

3.38.  **Nonpriority creditor's name and mailing address**

ATLANTIC TULSA
P.O. BOX 952177
DALLAS TX 75395-2177

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

FUEL

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$766.80

---

3.39.  **Nonpriority creditor's name and mailing address**

AZAEL VELAZQUEZ
8728 TEXAS RANGER AVE
LAS VEGAS NV 89129

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,950.00

Debtor　**Matheson Flight Extenders, Inc.**　　　　　　　Case number *(if known)* **22-21148**

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

B&T BEARING, INC.
4880 KNOB CREEK RD.
BROOKS KY 40109

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,933.18

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number: 4399**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BANK DIRECT CAPITAL FINANCE INC.
150 NORTH FIELD DRIVE
SUITE 190
LAKE FOREST IL 60045

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
INSURANCE PREMIUM FINANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAY ALARM COMPANY
PO BOX 51041
LOS ANGELES CA 90051-5337

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,754.76

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number: 0732**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                Case number *(if known)* **22-21148**

**3.43.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | BDPF ALDERWOOD CORP CENTERS 2 & 3 LLC | *Check all that apply.* |
| | 101 SW MAIN STREET, SUITE 1200 | ☐ Contingent | $36,597.50
| | PORTLAND OR 97204 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | VARIOUS | REAL PROPERTY LEASE/RENT |
| | **Last 4 digits of account number: 6213** | **Is the claim subject to offset?** |
| | | ☑ No |
| | | ☐ Yes |

**3.44.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | BEMBA DIALLO | *Check all that apply.* |
| | 5055 PERTH COURT | ☐ Contingent | $93,750.02
| | DENVER CO 80249 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | _____ | LITIGATION SETTLEMENT |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☑ No |
| | | ☐ Yes |

**3.45.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | BENNY ORTA | *Check all that apply.* |
| | 4032 N 22ND AVE | ☑ Contingent | UNDETERMINED
| | PHOENIX AZ 85015 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | 12/12/2021 | WORKERS' COMPENSATION CLAIM |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☑ No |
| | | ☐ Yes |

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.46.

**Nonpriority creditor's name and mailing address**

BENTLEY TRUCK SERVICES, INC.
307 HERON DRIVE
LOGAN TWP NJ 08085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5807**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$47,730.31

---

3.47.

**Nonpriority creditor's name and mailing address**

BEST EQUIPMENT & WELDING CO, INC.
1960 MIDWEST BLVD
INDIANAPOLIS IN 46214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REPAIR/TOWING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$976.55

---

3.48.

**Nonpriority creditor's name and mailing address**

BRANDON KESHUN MARSHALL
1099 BOULEVARD SE
APT 5204
ATLANTA GA 30312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5833**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$113.75

Debtor    **Matheson Flight Extenders, Inc.**                          Case number *(if known)* **22-21148**

**3.49.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.49.**

**Nonpriority creditor's name and mailing address**
BRIAN SWEENEY
123 SHERRILL DR
STANLEY NC 28164

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
1/25/2022

**Last 4 digits of account number:**

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.50.**

**Nonpriority creditor's name and mailing address**
BRUCE MACKIE
4415 LAKE TRUDY DR
SAINT CLOUD FL 34769

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
8/7/2019

**Last 4 digits of account number:**

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.51.**

**Nonpriority creditor's name and mailing address**
C&S CLEANING SERVICES
1914 EL MONTE AVE
SACRAMENTO CA 95815

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$3,800.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 9733

**Basis for the claim:**
OUTSIDE SERVICE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CALTRONICS BUSINESS SYSTEMS
10491 OLD PLACERVILLE RD STE 150
SACRAMENTO CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,358.22

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number: 3583**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAMPBELL LITIGATION, P.C.
1410 N HIGH STREET
DENVER CO 80218

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,597.20

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAPITAL DUMPSTER SERVICE, LLC.
PO BOX 937
PITTSBORO NC 27312

☐ Contingent
☐ Unliquidated
☐ Disputed

$153.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

---

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAPITAL REGION AIRPORT COMMISSION
FINANCE DEPARTMENT
1 RICHARD E BYRD TERMINAL DR, STE C
RICHMOND INT'L AIRPORT VA 23250-2400

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARMENO BLAKE
2693 STONEVIEW TER
EAST POINT GA 30344

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
12/10/2021

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAROLINA HANDLING LLC
PO BOX 890352
CHARLOTTE NC 28289-0352

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,188.09

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:** 4166

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAROLINA OVERHEAD DOOR & DOCK, INC.
4137 STELL ROAD
WAKE FOREST NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

$424.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CARRIE GRAMLING
723 ELM ST
MOUNT HOLLY NC 28120

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

8/15/2021

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CATELYN FLANAGAN
LAWYERS FOR EMPLOYEE & CONSUMER
RIGHTS APC
YEVETTE NELSON
4100 WEST ALAMEDA BLVD
THIRD FLOOR
BURBANK CA 91505

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

POTENTIAL LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                              Case number *(if known)* **22-21148**

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.61.

**Nonpriority creditor's name and mailing address**

CATHY KELLY
1370 ISLAND COTTAGE RD
ROCHESTER NY 14612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

4/27/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.62.

**Nonpriority creditor's name and mailing address**

CATHY KELLY
1370 ISLAND COTTAGE RD
ROCHESTER NY 14612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

2/17/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.63.

**Nonpriority creditor's name and mailing address**

CENTURYLINK
BUISNESS SERVICES
P.O. BOX 52187
PHOENIX AZ 85072-2187

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$486.01

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor　**Matheson Flight Extenders, Inc.**　　　　　　Case number *(if known)* **22-21148**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.64.

**Nonpriority creditor's name and mailing address**

CHARLES M COOK JR
280 BARRINGTON GRANGE DR
SHARPSBURG GA 30277

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$240.00

---

3.65.

**Nonpriority creditor's name and mailing address**

CHARLES MCDANIEL
315 LAKEVIEW DRIVE
BROOKS GA 30205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$105.00

---

3.66.

**Nonpriority creditor's name and mailing address**

CHARLOTTE DOUGLAS INTERNATIONAL ARPT
PO BOX 63091
CHARLOTTE NC 28263-3091

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FEES/TAXES/LICENSES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$25,905.08

Debtor   **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

**3.67.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CHERYL SOUSA
10590 CONTINENTAL DR.
TAYLOR MI 48180

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$650.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68.** **Nonpriority creditor's name and mailing address**

CHRISTIAN GUTIERREZ
16320 SARATOGA ST #A
SAN LEANDRO CA 94578

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
4/30/2022

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69.** **Nonpriority creditor's name and mailing address**

CHRISTOPHER BRAUN
686 CROSSHAVEN DR
MARIETTA GA 30066

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$240.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:** 8925

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor　**Matheson Flight Extenders, Inc.**　　　　　　　　　Case number *(if known)* **22-21148**

| | |
|---|---|
| 3.70. | **Nonpriority creditor's name and mailing address** |

**3.70.** **Nonpriority creditor's name and mailing address**

CHUGACH - CEA
PO BOX 196760
ANCHORAGE AK 99519-6760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,388.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.71.** **Nonpriority creditor's name and mailing address**

CIGNA
5476 COLLECTIONS CENTER DR.
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,298.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE/INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.72.** **Nonpriority creditor's name and mailing address**

CINTAS
P.O. BOX 29059
PHOENIX AZ 85038-9059

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$535.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

SUPPLIES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                              Case number *(if known)* **22-21148**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CINTAS CORPORATION
P.O. BOX 650838
DALLAS TX 75265-0838

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,165.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CINTAS CORPORATION - 631025
PO BOX 88005
CHICAGO IL 60680-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

$746.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CINTAS CORPORATION #701
PO BOX 630803
CINCINNATI OH 45263-0803

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,594.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.76.  **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION NO. 2
PO BOX 631025
CINCINNATI OH 45263-1025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$436.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SUPPLIES

**Last 4 digits of account number:** 5081

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.77.  **Nonpriority creditor's name and mailing address**

CITIZENS ENERGY GROUP
P.O. BOX 7056
INDIANAPOLIS IN 46207-7056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$249.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.78.  **Nonpriority creditor's name and mailing address**

CITY OF ALBUQUERQUE
AVIATION DEPARTMENT
PO BOX 9948
ALBUQUERQUE NM 87119-1048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,463.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                      Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| 3.79. | **Nonpriority creditor's name and mailing address**<br><br>CITY OF RICHMOND<br>DEPARTMENT OF PUBLIC UTILITIES<br>P.O. BOX 71210<br>CHARLOTTE NC 28272-1210 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$2,178.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.80. | **Nonpriority creditor's name and mailing address**<br><br>CITY WIDE MAINTENANCE COMPANY, INC.<br>15230 W 105TH TERRACE<br>LENEXA KS 66219 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$6,201.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.81. | **Nonpriority creditor's name and mailing address**<br><br>CLEAN WELL LLC<br>423 EAST BROADWAY AVE<br>CLIFTON HEIGHTS PA 19018 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:** 3019

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.82.

**Nonpriority creditor's name and mailing address**

CLPF-SEATTLE DIST CENTER L.P.
1717 MCKINNEY AVE, SUITE 1900
DALLAS TX 75202

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$36,680.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8161**

**Basis for the claim:**

OFFICE LEASES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.83.

**Nonpriority creditor's name and mailing address**

COASTAL STAFFING, INC.
4500 EXECUTIVE DRIVE, SUITE 220
NAPLES FL 34119

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,280.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.84.

**Nonpriority creditor's name and mailing address**

COMPLETE LABOR & STAFFING LLC
25 NASHUA RD STE E3
LONDONDERRY NH 03053

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,489.95

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6325**

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor     **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.85.    **Nonpriority creditor's name and mailing address**

CONCERT TECHNOLOGIES GROUP INC
43766 TRADE CENTER PLACE SUITE 140
DULLES VA 20166

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$51,056.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Last 4 digits of account number: 5278**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.86.    **Nonpriority creditor's name and mailing address**

CONNECTICUT NATURAL GAS CORP.
P O BOX 9245
CHELSEA MA 02150-9245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,670.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.87.    **Nonpriority creditor's name and mailing address**

CONTAINER STORAGE COMPANY
85 5TH AVE
MILTON WA 95834

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$88.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT RENTAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                          Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| **3.88.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.88.

**Nonpriority creditor's name and mailing address**

CORE TRANSPORT TECHNOLOGIES, INC.
P.O. BOX 404037
ATLANTA GA 30384-4037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$130,016.87

---

3.89.

**Nonpriority creditor's name and mailing address**

CORPORATE FILINGS, INC.
30 N GOULD ST, STE 7001
SHERIDAN WY 82801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$800.00

---

3.90.

**Nonpriority creditor's name and mailing address**

COVERALL NORTH AMERICA, INC.
PO BOX 802825
CHICAGO IL 60680-2825

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4005

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,695.36

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

---

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**3.91.**

Nonpriority creditor's name and mailing address

CRAIG MARTH
7801 RAYMAR CIR
ANCHORAGE AK 99518

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

7/30/2020

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.92.**

Nonpriority creditor's name and mailing address

CROWN EQUIPMENT CORPORATION
P. O. BOX 641173
CINCINNATI OH 45264-1173

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,570.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number: 2649**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.93.**

Nonpriority creditor's name and mailing address

CROWN LIFT TRUCKS
PO BOX 641173
CINCINNATI OH 45264-1173

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,036.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number: 2649**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**             Case number *(if known)* **22-21148**

---

**3.94.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CRYSTAL AND SIERRA SPRINGS
4170 TANNER CREEK DR
FLOWERY BRANCH GA 30542

☐ Contingent
☐ Unliquidated
☐ Disputed

$13.29

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CRYSTAL RICHARDS
926 TRANQUIL WAY
HAMPTON GA 30228

☐ Contingent
☐ Unliquidated
☐ Disputed

$218.75

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE/GUARD

**Last 4 digits of account number:** 2090

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CRYSTAL SPRINGS BOTTLED WATER CO
PO BOX 660579
DALLAS TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

$2.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor　**Matheson Flight Extenders, Inc.**　　　　　　Case number *(if known)* **22-21148**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CULLIGAN OF DENVER
PO BOX 2932
WICHITA KS 67201-2932

☐ Contingent
☐ Unliquidated
☐ Disputed

$130.56

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.98. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CULLIGAN OF WINDSOR
920 RIVER STREET SUITE G
WINDSOR CT 06095

☐ Contingent
☐ Unliquidated
☐ Disputed

$31.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.99. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAE CONRAD
365 FRANKLIN ST
OGDEN UT 84401

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

4/20/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Matheson Flight Extenders, Inc.**                              Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.100.    **Nonpriority creditor's name and mailing address**

DANIELLE BAKER
100 ALES WAY
FAYETTEVILLE GA 30214

**Date or dates debt was incurred**

4/27/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.101.    **Nonpriority creditor's name and mailing address**

DASEAN SMITH
455 BAY STREET
ROCHESTER NY 14609

**Date or dates debt was incurred**

4/14/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.102.    **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41602
PHILADELPHIA PA 19101-1602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$364.85

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

---

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEAIRA COLE
1350 S BONNIE BRAE ST
APT 212
LOS ANGELES CA 90006

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

4/8/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEAN PATRICELLI
2182 S. YANK WAY
LAKEWOOD CO 80228

☐ Contingent
☐ Unliquidated
☐ Disputed

$93,750.02

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DENVER INTERNATIONAL AIRPORT
AIRPORT REVENUE FUND
P.O. BOX 492065
DENVER CO 80249

☐ Contingent
☐ Unliquidated
☐ Disputed

$110.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.106. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIMENSIONAL SERVICES
234 SANNITA DRIVE
ROCHESTER NY 14626

☐ Contingent
☐ Unliquidated
☐ Disputed

$818.64

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.107. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DIVERSIFIED ENERGY SUPPLY
601 WEST CROSSVILLE ROAD
ROSWELL GA 30075

☐ Contingent
☐ Unliquidated
☐ Disputed

$817.94

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:** 1270

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.108. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOMINION ENERGY VIRGINIA
PO BOX 26543
RICHMOND VA 23290-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

$342.26

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.109.  **Nonpriority creditor's name and mailing address**

DONALD COLE
535 ASHLAND AVE
FOLCROFT PA 19032

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

2/7/2020

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.110.  **Nonpriority creditor's name and mailing address**

DTE ENERGY
P.O. BOX 740786
CINCINNATI OH 45274-0786

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$463.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.111.  **Nonpriority creditor's name and mailing address**

DUKE ENERGY PROGRESS
PO BOX 1003
CHARLOTTE NC 28201-1003

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$814.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                              Case number *(if known)* **22-21148**

| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.112.   **Nonpriority creditor's name and mailing address**

EDDIE ROTHSCHILD
1723 VERNA TEST COURT
STOCKTON CA 95206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

3/13/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.113.   **Nonpriority creditor's name and mailing address**

ELIJAH BENGE
14101 BENTLEY CT
LOUISVILLE KY 40245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

11/10/2021

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.114.   **Nonpriority creditor's name and mailing address**

ELITE GUARD SECURITY LLC
2937 CLYSTON ROAD
NORRISTOWN PA 19403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,575.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 7116**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Flight Extenders, Inc.**      Case number *(if known)* **22-21148**

**3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

EMPIRE FIRE PROTECTION SERVICES
PO BOX 440
N GREECE NY 14515

☐ Contingent
☐ Unliquidated
☐ Disputed

$167.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.116.**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

EMPLOYMENT SOURCE
2040 ROSEBUD DRIVE #3
BILLINGS MT 59102

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,029.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:** 6188

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.117.**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

ENCORE RECYCLING LLC
13211 KONTERRA DR
LAUREL MD 20707

☐ Contingent
☐ Unliquidated
☐ Disputed

$540.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:** 3611

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

ENERGY PETROLEUM CO.
PO BOX 790372
ST LOUIS MO 63179-0372

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$903.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

ENSTAR NATURAL GAS COMPANY
P.O. BOX 34760
SEATTLE WA 98124-1760

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,828.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

EVERGREEN CLEANING SERVICES
17032 SE MARKET ST.
PORTLAND OR 97233

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,240.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.121.    **Nonpriority creditor's name and mailing address**

EVERGY
PO BOX 219330
KANSAS CITY MO 64121-9330

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,551.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.122.    **Nonpriority creditor's name and mailing address**

EVERSOURCE
PO BOX 56004
BOSTON MA 02205-6004

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17,343.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.123.    **Nonpriority creditor's name and mailing address**

EXPERT PAY - EFT
9785 GOETHE ROAD
SACRAMENTO CA 95837

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,614.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPRESS SERVICES INC - LOS ANGELES
P.O. BOX 844277
LOS ANGELES CA 90084-4277

☐ Contingent
☐ Unliquidated
☐ Disputed

$172,590.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number: 7285**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.125. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPRESS SERVICES INC. - DALLAS
P.O. BOX 203901
DALLAS TX 75320-3901

☐ Contingent
☐ Unliquidated
☐ Disputed

$121,870.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.126. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPRESS SERVICES, INC. - ATLANTA
PO BOX 945434
ATLANTA GA 30394-5434

☐ Contingent
☐ Unliquidated
☐ Disputed

$93,461.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| 3.127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.127.

**Nonpriority creditor's name and mailing address**

EXTREME JANITORIAL
2669 GRANDE VISTA AVE #4
OAKLAND CA 94601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,800.00

---

3.128.

**Nonpriority creditor's name and mailing address**

FAST GLOBAL SOLUTIONS, INC.
20631 STATE HWY 55
P.O. BOX 249
GLENWOOD MN 56334

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REPAIR/TOWING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$413.36

---

3.129.

**Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS - MEMPHIS
3680 HACKS CROSS ROAD, B
BUILDING H, 3RD FLOOR
MEMPHIS TN 38125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,703.75

Debtor     **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.130.

**Nonpriority creditor's name and mailing address**

FLEET GREASE 2, INC
1100 CALCON HOOK RD.
SHARON HILL PA 19079

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$500.00

---

3.131.

**Nonpriority creditor's name and mailing address**

FREEMAN GAS
PO BOX 1477
GASTONIA NC 28053

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FUEL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$281.00

---

3.132.

**Nonpriority creditor's name and mailing address**

FRONTIER
PO BOX 740407
CINCINNATI OH 45274-0407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$390.00

Debtor     **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

**3.133.**   **Nonpriority creditor's name and mailing address**

GABRIELLE COOPER
1449 N COLLEGE AVENUE
INDIANAPOLIS IN 46202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

3/3/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.134.**   **Nonpriority creditor's name and mailing address**

GARVIN BROWN
3712 WOODLAND AVE
DREXEL HILL PA 19026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

9/4/2020

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.135.**   **Nonpriority creditor's name and mailing address**

GARY VORCE
YORK LAW CORPORATION
WENDY C. YORK & JOHN G. NOWAKOWSKI
1111 EXPOSITION BLVD
BLDG 500
SACRAMENTO CA 95815

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.136. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.136.

**Nonpriority creditor's name and mailing address**

GENERAL CORPORATION
P.O. BOX 6190
CHARLESTON WV 25362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,550.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5165

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.137.

**Nonpriority creditor's name and mailing address**

GEORGE SHANNON
4 LEWIS AVE
NO 6
BILLINGS MT 59101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

2/22/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.138.

**Nonpriority creditor's name and mailing address**

GEORGIA POWER
96 ANNEX
ATLANTA GA 30396-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,222.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLENDA GIRON
6913 MILES AVE
HUNTINGTON PARK CA 90255

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

4/26/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.140. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL EQUIPMENT COMPANY, INC.
29833 NETWORK PLACE
CHICAGO IL 60673-1298

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,710.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:** 6687

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.141. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBE GAS CORPORATION
5843 N PARAMONT BLVD
LONG BEACH CA 90805

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,554.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Matheson Flight Extenders, Inc.**       Case number *(if known)* **22-21148**

| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.142.

**Nonpriority creditor's name and mailing address**

GRAINGER - DEPT 809309586
DEPT. 809309586
PALATINE IL 60038-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,466.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REPAIR/TOWING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.143.

**Nonpriority creditor's name and mailing address**

GRANULAR INSURANCE COMPANY
269 EAST GRAND AVENUE
SOUTH SAN FRANCISCO CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,209.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE/INSURANCE

**Last 4 digits of account number:** 7659

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.144.

**Nonpriority creditor's name and mailing address**

GREATER CLEANING SERVICE
16211 DOWNEY AVE
PARAMOUNT CA 90723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,660.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:** 0125

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| 3.145. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.145.

**Nonpriority creditor's name and mailing address**

GWENDOLYN MOSLEY
886 SPRINGCHASE DR
AUSTELL GA 30168

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$240.00

---

3.146.

**Nonpriority creditor's name and mailing address**

H & H OIL
1331 GEMINI, SUITE 250
HOUSTON TX 77058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$170.00

---

3.147.

**Nonpriority creditor's name and mailing address**

HENDERSON COYLE JOINT VENTURE
JOHN J. COYLE, THE HENDERSON GROUP
112 CHESLEY DRIVE, SUITE 200
MEDIA PA 19063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$53,291.42

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

---

| 3.148. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.148.

**Nonpriority creditor's name and mailing address**

HOLDEN LAWN CARE LLC
3724 S. LASALLE ST.
INDIANAPOLIS IN 46237

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$690.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 4847**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.149.

**Nonpriority creditor's name and mailing address**

HOME STOVE REALTY, INC.
8271 NORTH WASHINGTON BLVD
INDIANAPOLIS IN 46240

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,031.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.150.

**Nonpriority creditor's name and mailing address**

IDLEBROOK PROMOTIONAL PRODUCTS
5944 TAYLOR DRIVE
BURLINGTON KY 41005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,758.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 6618**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| | |
|---|---|
| 3.151. | **Nonpriority creditor's name and mailing address** |

INDIANAPOLIS POWER & LIGHT COMPANY
P.O. BOX 110
INDIANAPOLIS IN 46206-0110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$837.82

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| 3.152. | **Nonpriority creditor's name and mailing address** |

INTERNATIONAL AVIATION SERVICE, INC
4200 WEST 50TH AVENUE
ANCHORAGE AK 99502-1044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,146.61

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FUEL

**Last 4 digits of account number:** 6698

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| 3.153. | **Nonpriority creditor's name and mailing address** |

IPXXXII 196 STREET, LLC
4825 NW 41ST ST. STE 500
KANSAS CITY MO 64150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$208,015.69

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:** 5566

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | |
|---|---|---|
| **3.154.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.154.** **Nonpriority creditor's name and mailing address**

IRIS MARTINEZ
1310 92ND AVE
OAKLAND CA 94603

**Date or dates debt was incurred**

1/19/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.155.** **Nonpriority creditor's name and mailing address**

ISAAC MACIAS
294 HOWE AVE #E
SACRAMENTO CA 95825

**Date or dates debt was incurred**

3/26/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.156.** **Nonpriority creditor's name and mailing address**

IZSAM
17443 GLASSFIELD DR.
HUNTERSVILLE NC 28078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,094.42

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 3.157. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
JAN-PRO OF RICHMOND/CHARLOTTESVILLE
2600 E. PARHAM ROAD, SUITE A
HENRICO VA 23228

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,123.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:** 2036

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.158.    **Nonpriority creditor's name and mailing address**
JAPHIA JACKSON
4451 STOCKTON BLVD
SACRAMENTO CA 95820

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
2/24/2022

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.159.    **Nonpriority creditor's name and mailing address**
JATYRA KENDRICK
539 ASBURY LANE
FAIRFIELD CA 94533

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
11/24/2021

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| 3.160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JATYRA KENDRICK
539 ASBURY LANE
FAIRFIELD CA 94533

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

7/3/2021

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.161. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAVIAN STIGGERS
1070 GRANDY'S LANE APT 636
LEWISVILLE TX 75077

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

4/15/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.162. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JD FACTORS LLC
PO BOX 687
WHEATON IL 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,222.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

BANKING/LOANS

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

---

**3.163.**    **Nonpriority creditor's name and mailing address**

JOBPRO TEMPORARY SERVICES INC.
36 MAIN STREET
EAST HARTFORD CT 06118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3898**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$116,095.08

---

**3.164.**    **Nonpriority creditor's name and mailing address**

JOSE ESPINOSA
ABRAMSON LABOR GROUP
W. ZEV ABRAMSON
11846 VENTURA BLVD
STE 100
STUDIO CITY CA 91604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

POTENTIAL LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.165.**    **Nonpriority creditor's name and mailing address**

JOSHUA RIOS
1021 FAIRWEATHER DR
SACRAMENTO CA 95833

**Date or dates debt was incurred**

3/14/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **Matheson Flight Extenders, Inc.**           Case number *(if known)* **22-21148**

| 3.166. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.166.

**Nonpriority creditor's name and mailing address**

JOYCE DAVIDSON
5136 ARGENTINE BLVD
KANSAS CITY KS 66106

**Date or dates debt was incurred**

2/19/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.167.

**Nonpriority creditor's name and mailing address**

JR & CO INC
1201 W 31ST ST STE 1
KANSAS CITY MO 64108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9850**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$963.57

---

3.168.

**Nonpriority creditor's name and mailing address**

KAREN COOLEY
1122 N 25TH ST
BILLINGS MT 59101

**Date or dates debt was incurred**

12/7/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | KEESHON BARNES<br>236 WEYMOUTH RD<br>DARBY PA 19023 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>4/26/2022 | **Basis for the claim:**<br>WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.170. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | KELSEY TOLMAN<br>371 E CRIMSON CIRCLE<br>APT. 10<br>SOUTH SALT LAKE UT 84115 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>3/26/2022 | **Basis for the claim:**<br>WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.171. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | KENWORTH SALES COMPANY<br>DEPT # 001<br>P.O. BOX 27088<br>SALT LAKE CITY UT 84127-0088 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,891.82 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EQUIPMENT LEASE/RENTAL/PURCHASE | |
| | **Last 4 digits of account number:** 3077 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

---

**3.172.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.172.**

**Nonpriority creditor's name and mailing address**

KTR LV IV LLC
P.O. BOX 846329
DALLAS TX 75284-6329

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9872**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$27,040.04

---

**3.173.**

**Nonpriority creditor's name and mailing address**

KUECKER PULSE INTEGRATION (KPI) LP
801 W, MARKEY ROAD
BELTON MO 64012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9900**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$887,973.57

---

**3.174.**

**Nonpriority creditor's name and mailing address**

KUHNS
MARA LAW FIRM
DAVID MARA
2650 CAMINO DEL RIO NORTH
SUITE 205
SAN DIEGO CA 92108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LANDSTAR RANGER, INC
PO BOX 8500-54293
PHILADELPHIA PA 19178-4293

☐ Contingent
☐ Unliquidated
☐ Disputed

$93,353.60

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       OUTSIDE SERVICE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.176. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAWRENCE JOHNSON
415 22ND AVE E #D6
SPRINGFIELD TN 37172

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

11/18/2021                                    WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.177. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAYMAC ASPHALT MAINTENANCE
3 ROMAN LANE
THORNTON PA 19373

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,835.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       OUTSIDE SERVICE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Matheson Flight Extenders, Inc.**                           Case number *(if known)* **22-21148**

| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEGAL SHIELD
PO BOX 2629
ADA OK 74821-2629

☐ Contingent
☐ Unliquidated
☐ Disputed

$19.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.179. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEGGIERI LAW
4200 PARK BLVD #263
OAKLAND CA 94602

☐ Contingent
☐ Unliquidated
☐ Disputed

$817.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2673

**Basis for the claim:**

LEGAL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.180. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEVY WILSON
MARA LAW FIRM, PC
DAVID MARA & JAMIE SERB
2650 CAMINO DEL RIO NORTH
SUITE 205
SAN DIEGO CA 92108

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

---

| 3.181. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LG&E
PO BOX 25211
LEHIGH VALLEY PA 18002-5211

☐ Contingent
☐ Unliquidated
☐ Disputed

$730.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.182. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LINDA K MASLEN
930 SGT AT ARMS AVE
BILLINGS MT 59105

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

9/27/2018

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.183. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LITTLER MENDELSON PC
P.O. BOX 207137
DALLAS TX 75320-7137

☐ Contingent
☐ Unliquidated
☐ Disputed

$100,026.43

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION SETTLEMENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

**3.184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.184.**

**Nonpriority creditor's name and mailing address**

LOHF SHAIMAN JACOBS HYMAN & FEIGER PC
950 S. CHERRY ST
SUITE 900
DENVER CO 80246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$437,500.42

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.185.**

**Nonpriority creditor's name and mailing address**

LONG BUILDING TECHNOLOGIES INC
5001 S ZUNI ST
LITTLETON CO 80120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$789.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 5335**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.186.**

**Nonpriority creditor's name and mailing address**

LYDIA PEREZ
5337 LYTTON AVE
LAS VEGAS NV 89146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

1/8/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

**3.187.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LYNXS GROUP LLC
3501 MANOR ROAD
AUSTIN TX 78723

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,084.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:** 9874

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.188.**   **Nonpriority creditor's name and mailing address**

MACIRE DIARRA
11149 E. 6TH PLACE
AURORA CO 80010

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$93,750.02

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.189.**   **Nonpriority creditor's name and mailing address**

MADSEN, INC.
PO BOX 406
BROOMALL PA 19008-0406

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,360.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| 3.190. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAHAMET CAMARA
3782 S. GENOA CIRCLE, UNIT A
AURORA CO 80013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION SETTLEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$93,750.02

---

| 3.191. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANNY'S REPAIR & WELDING
211 MEETINGHOUSE ROAD
ASTON PA 19014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REPAIR/TOWING

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
$375.00

---

| 3.192. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARTA WILLIAMS
1630 W APACHE TRAIL
1
APACHE JUNCTION AZ 85120

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/18/2021

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim**
UNDETERMINED

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| 3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARY CASSANO
185 S MAIN ST
SUFFIELD CT 06078

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

7/31/2021

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.194. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MASHAUN MONTGOMERY
1225 GROVE PARK LANE
JONESBORO GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

$682.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Last 4 digits of account number: 6783**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MATHESON AIR SERVICES, LLC
9785 GOETHE ROAD
SACRAMENTO CA 95827

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,459,720.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

---

**3.196.** **Nonpriority creditor's name and mailing address**

MATHESON FAST FREIGHT, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $734,961.55 |

---

**3.197.** **Nonpriority creditor's name and mailing address**

MATHESON MAIL TRANSPORTATION, INC.
9785 GOETHE ROAD
SACRAMENTO CA 95827

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $2,300,000.00 |

---

**3.198.** **Nonpriority creditor's name and mailing address**

MATHESON POSTAL SERVICES & MATHESON
TRUCKING INC
9785 GOETHE ROAD
SACRAMENTO CA 95827

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

| Amount of claim |
| --- |
| $17,439,116.26 |

---

Debtor    **Matheson Flight Extenders, Inc.**           Case number *(if known)* **22-21148**

| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MATHESON POSTAL SERVICES INC
9785 GOETHE ROAD
SACRAMENTO CA 95827

☑ Contingent
☐ Unliquidated
☐ Disputed

$16,443,779.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MATHESON TRUCKING INC
9785 GOETHE ROAD
SACRAMENTO CA 95827

☑ Contingent
☐ Unliquidated
☐ Disputed

$48,150,110.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Is the claim subject to offset?**

☐ No
☑ Yes

---

| 3.201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAYBURY MATERIAL HANDLING
90 DENSLOW ROAD
EAST LONGMEADOW MA 01028-3160

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,605.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1385**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.202.

**Nonpriority creditor's name and mailing address**

MELISSA TUENGEL
1611 CHERRY CREEK LOOP
BILLINGS MT 59105

**Date or dates debt was incurred**

1/11/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.203.

**Nonpriority creditor's name and mailing address**

MENZIES AVIATION (ASIG) - ABQ
PO BOX 10821
PALATINE IL 60055-0821

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FUEL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$272.02

---

3.204.

**Nonpriority creditor's name and mailing address**

MENZIES AVIATION (ASIG) - CHARLOTTE
PO BOX 10821
PALATINE IL 60055-0821

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

FUEL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,697.58

---

Debtor　**Matheson Flight Extenders, Inc.**　　　　　　　Case number *(if known)* **22-21148**

| | | | |
|---|---|---|---|
| 3.205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MENZIES AVIATION (ASIG) - PORTLAND PO BOX 10821 PALATINE IL 60055-0821 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $5,967.66 |

**Date or dates debt was incurred**　　　　**Basis for the claim:**

VARIOUS　　　　　　　　　　　　　　　FUEL

**Last 4 digits of account number:**　　　**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.206. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MENZIES AVIATION (ASIG) - SEATTLE PO BOX 10821 PALATINE IL 60055-0821 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,746.32 |

**Date or dates debt was incurred**　　　　**Basis for the claim:**

VARIOUS　　　　　　　　　　　　　　　FUEL

**Last 4 digits of account number:**　　　**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.207. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MENZIES AVIATION (ASIG) - SLC PO BOX 10821 PALATINE IL 60055-0821 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $12,538.11 |

**Date or dates debt was incurred**　　　　**Basis for the claim:**

VARIOUS　　　　　　　　　　　　　　　FUEL

**Last 4 digits of account number:**　　　**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Matheson Flight Extenders, Inc.**                     Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| 3.208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.208.** **Nonpriority creditor's name and mailing address**

MENZIES AVIATION (ASIG) CINCINNATI
PO BOX 10821
PALATINE IL 60055-0821

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,100.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.209.** **Nonpriority creditor's name and mailing address**

MH EQUIPMENT COMPANY
#774469
4469 SOLUTIONS CENTER
CHICAGO IL 60677-4004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$269.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REPAIR/TOWING

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.210.** **Nonpriority creditor's name and mailing address**

MICHAEL ARNUM
14 LAWTON ROAD
APT 14
MANCHESTER CT 06042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

2/25/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.211. | **Nonpriority creditor's name and mailing address**
MICHAEL CARVER
285 GRANDCHESTER WAY
FAYETTEVILLE GA 30215

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$201.25

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE/GUARD

**Last 4 digits of account number: 1948**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.212. | **Nonpriority creditor's name and mailing address**
MICHAEL MARTINEZ
131 N SAXONY DR
OLATHE KS 66061

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
8/25/2021

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.213. | **Nonpriority creditor's name and mailing address**
MILLION AIR - RICHMOND
400 PORTUGEE ROAD
RICHMOND VA 23250

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$2,408.31

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**         Case number *(if known)* **22-21148**

| 3.214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MONROE COUNTY AIRPORT AUTHORITY
1200 BROOKS AVENUE
ROCHESTER NY 14624

☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.215. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MONTISHA TOWNSEL
10914 BEACON AVE
KANSAS CITY MO 64134

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
4/29/2022

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.216. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOTOR CARRIER SERVICE SPECIALISTS
439 W. SAN MARCOS BLVD. #B
SAN MARCOS CA 92069

☐ Contingent
☐ Unliquidated
☐ Disputed

$58.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REPAIR/TOWING

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor　**Matheson Flight Extenders, Inc.**　　　　　Case number *(if known)* **22-21148**

| 3.217. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOUNTAIN MIST WATER
PO BOX 44427
TACOMA WA 98444

☐ Contingent
☐ Unliquidated
☐ Disputed

$220.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.218. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOUNTAINEER GAS COMPANY
P.O. BOX 580211
CHARLOTTE NC 28258-0211

☐ Contingent
☐ Unliquidated
☐ Disputed

$293.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.219. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NASHVILLE ELECTRIC SERVICE
PO BOX 305099
NASHVILLE TN 37230-5099

☐ Contingent
☐ Unliquidated
☐ Disputed

$734.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| 3.220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.220.

**Nonpriority creditor's name and mailing address**

NEED-A-FENCE INC
85 ARLINGTON OVERLOOK
DALLAS GA 30132

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6878**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.221.

**Nonpriority creditor's name and mailing address**

NEFF PACKAGING SYSTEMS
PO BOX 15056
KANSAS CITY KS 66115

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$142.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2840**

**Basis for the claim:**

SUPPLIES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.222.

**Nonpriority creditor's name and mailing address**

NELSON STAFFING
PO BOX 8524
PASADENA CA 91109-8524

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$349,536.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5039**

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.223.

**Nonpriority creditor's name and mailing address**

NEW YORK STATE FENCE INC
858 MANITOU ROAD
HILTON NY 14468

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,950.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CLAIMS PAYOUTS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.224.

**Nonpriority creditor's name and mailing address**

NEXGEN PAYMENT INC
PO BOX 847237
BOSTON MA 02284-7237

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$143.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.225.

**Nonpriority creditor's name and mailing address**

NITRO CONSTRUCTION SERVICES INC
4300 FIRST AVENUE
NITRO WV 25143

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$889.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**       Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| **3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

NORTH CAROLINA SECRETARY OF STATE
PO BOX 29622
RALEIGH NC 27626-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227.**    **Nonpriority creditor's name and mailing address**

NORTHWESTERN ENERGY
40 E BROADWAY ST.
BUTTE MT 59701-9394

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$249.72

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228.**    **Nonpriority creditor's name and mailing address**

NP SACRAMENTO JV 3, LLC
4825 NV 41ST ST, SUITE 500
RIVERSIDE MO 64150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$295,835.21

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.229.**

**Nonpriority creditor's name and mailing address**

NVENERGY - LAS VEGAS
ATTN:PAYMENT PROCESSING
6100 NIEL DR.
RENO NV 89511

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$502.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.230.**

**Nonpriority creditor's name and mailing address**

NW NATURAL
PO BOX 6017
PORTLAND OR 97228-6017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$69.82

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.231.**

**Nonpriority creditor's name and mailing address**

ORLANDO UTILITIES COMMISSION
P.O. BOX 31329
TAMPA FL 33631-3329

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$574.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OVERHEAD DOOR CO OF INDIANAPOLIS
8811 BASH STREET
INDIANAPOLIS IN 46256

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,920.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 7385**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.233. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PAMELA JUPITER
209 INVERNESS LANE
FORT WASHINGTON MD 20744

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

12/31/2021

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.234. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PATTON BUILDING SERVICES
956 CHESTNUT RIDGE RD
MORGANTOWN WV 26505

☐ Contingent
☐ Unliquidated
☐ Disputed

$309.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number: 1810**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| 3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PENELOPE JACKSON
2053 KALEY AVENUE
WESTLAND MI 48186

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

7/17/2020

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.236. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PENSKE TRUCK LEASING - CHICAGO
PO BOX 802577
CHICAGO IL 60680-2577

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,219.56

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.237. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PENSKE TRUCK LEASING - GA
P.O. BOX 532658
ATLANTA GA 30353-2658

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,266.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor　**Matheson Flight Extenders, Inc.**　　　　　　　　Case number *(if known)* **22-21148**

| 3.238. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.238.

**Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING - PA
P.O. BOX 1475
READING PA 19603-0563

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$36,117.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5846

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.239.

**Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING - PASADENA
P O BOX 7429
PASADENA CA 91110-7429

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,466.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.240.

**Nonpriority creditor's name and mailing address**

PEOPLE READY INC.
PO BOX 31001-0257
PASADENA CA 91110-0257

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$169,572.51

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5922

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                          Case number *(if known)* **22-21148**

| 3.241. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.241.

**Nonpriority creditor's name and mailing address**

PIEDMONT NATURAL GAS
PO BOX 1246
CHARLOTTE NC 28201-1246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,664.32

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

FUEL

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.242.

**Nonpriority creditor's name and mailing address**

PIERCE LEASING
P.O. BOX 80707
BILLINGS MT 59108-0707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.243.

**Nonpriority creditor's name and mailing address**

PNM
PO BOX 27900
ALBUQUERQUE NM 87125-7900

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,019.23

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**    Case number *(if known)* **22-21148**

**3.244.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

PORT OF PORTLAND - 5095
PO BOX 35143 #5095
SEATTLE WA 98124-5143

☐ Contingent
☐ Unliquidated
☐ Disputed

$220.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.245.** **Nonpriority creditor's name and mailing address**

PREMIER EMPLOYEE SOLUTIONS LLC
PO BOX 2380
VINEYARD UT 84059

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$180,419.04

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TEMP. AGENCY

**Last 4 digits of account number:** 6279

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.246.** **Nonpriority creditor's name and mailing address**

PRIMESOURCE STAFFING
10065 E HARVARD AVE STE 230
DENVER CO 80231

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$40,688.30

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TEMP. AGENCY

**Last 4 digits of account number:** 7983

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor      **Matheson Flight Extenders, Inc.**                                   Case number *(if known)* **22-21148**

| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.247.

**Nonpriority creditor's name and mailing address**

PRINSTEN MILLER LLC
613 CLARIDGE PARK DRIVE
MORROW GA 30260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$525.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3101**

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.248.

**Nonpriority creditor's name and mailing address**

PRIORITY WASTE LLC
42822 GARFIELD ROAD
CLINTON TOWNSHIP MI 48038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$88.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2616**

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.249.

**Nonpriority creditor's name and mailing address**

PROBILT CONSTRUCTION
3770 WEST PACIFIC AVENUE
SACRAMENTO CA 95820

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,329.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Matheson Flight Extenders, Inc.**    Case number *(if known)* **22-21148**

| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.250.

**Nonpriority creditor's name and mailing address**

PROGRESSIVE OFFICE INC
216 N 9TH ST
WILMINGTON NC 28401-4227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$26,609.61

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.251.

**Nonpriority creditor's name and mailing address**

PROLOGIS, L.P. - DALLAS
P.O. BOX 846255
DALLAS TX 75284-6255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,952.95

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2761**

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.252.

**Nonpriority creditor's name and mailing address**

PROLOGISTIX
PO BOX 512007
LOS ANGELES CA 90051-0007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,240,255.77

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0659**

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| **3.253.** | **Nonpriority creditor's name and mailing address** | **Amount of claim** |

3.253.

**Nonpriority creditor's name and mailing address**

PURE WATER PARTNERS LLC
123 S 3RD AVE STE 28
SANDPOINT ID 83864

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1751**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$125.50

---

3.254.

**Nonpriority creditor's name and mailing address**

QUILL.COM
PO BOX 94080
PHILADELPHIA PA 19101-0600

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SUPPLIES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,315.52

---

3.255.

**Nonpriority creditor's name and mailing address**

R&S OVERHEAD GARAGE DOOR, INC.
1140 MONTAGUE AVENUE
SAN LEANDRO CA 94577-4334

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,223.60

---

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| **3.256.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | RANDSTAD<br>P.O. BOX 2084<br>CAROL STREAM IL 60132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$2,143.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.257.**    **Nonpriority creditor's name and mailing address**

RANDSTAD
P.O. BOX 894217
LOS ANGELES CA 90189-4217

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,090.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.258.**    **Nonpriority creditor's name and mailing address**

RAY DE LA CRUZ
13015 NORTH 37TH DRIVE
PHOENIX AZ 85029

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

3/26/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                Case number *(if known)* **22-21148**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RAY MORGAN COMPANY
3131 ESPLANADE
CHICO CA 95973

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,783.76

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.260.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RDU AIRPORT AUTHORITY
P.O. BOX 63240
CHARLOTTE NC 28263-3240

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,909.78

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.261.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REA INVESTMENTS NO 1, LLC.
12701 UNIVERSAL DR
TAYLOR MI 48180

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,162.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:** 9898

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Matheson Flight Extenders, Inc.**      Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| **3.262.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.262.**

**Nonpriority creditor's name and mailing address**

RED ROCK SPRING WATER
1145 ICEHOUSE AVE
SPARKS NV 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$105.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
OUTSIDE SERVICE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263.**

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES #468
PO BOX 9001099
LOUISVILLE KY 40290-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$790.75

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
OUTSIDE SERVICE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264.**

**Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES, INC.
P O BOX 78829
PHOENIX AZ 85062-8829

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$99.17

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
OUTSIDE SERVICE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

---

| 3.265. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | RESOLUTION ECONOMICS LLC<br>1925 CENTURY PARK EAST, 15TH FL<br>LOS ANGELES CA 90067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,058.50 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number: 9598**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.266. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | RESOURCEMFG<br>1040 CROWN POINTE STE 1040<br>ATLANTA GA 30338 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $115,354.05 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number: 0659**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.267. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ROBERT MADDUX<br>2801 ROSECOMMONS DR.<br>HAMPTON GA 30228 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78.75 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| **3.268.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.268.**

**Nonpriority creditor's name and mailing address**

ROBERT PHILLIPS
2875 ELEANOR TER
ATLANTA GA 30318

**Date or dates debt was incurred**

4/29/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.269.**

**Nonpriority creditor's name and mailing address**

RODNEY CAMMON
1539 LITTLE DOVE CT
HENDERSON NV 89014

**Date or dates debt was incurred**

8/15/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.270.**

**Nonpriority creditor's name and mailing address**

ROYAL PEST EXTERMINATORS LLC
31376 OLD K.C. RD.
PAOLA KS 66071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$336.31

Debtor    **Matheson Flight Extenders, Inc.**                     Case number *(if known)* **22-21148**

| | | | |
|---|---|---|---|
| 3.271. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | RUSH TRUCK LEASING PO BOX 34630 SAN ANTONIO TX 78265-4630 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,192.60 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EQUIPMENT LEASE/RENTAL/PURCHASE | |
| | **Last 4 digits of account number: 6914** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.272. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | SAC VAL DISPOSAL PO BOX 541065 LOS ANGELES CA 90054-1065 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,614.91 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** OUTSIDE SERVICE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.273. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | SACRAMENTO COUNTY AIRPORT SYSTEM 6900 AIRPORT BLVD SACRAMENTO CA 95837-1109 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $6,571.74 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** FUEL | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| 3.274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SALT LAKE CITY CORPORATION - SALT LAKE CITY
DEPT OF AIRPORTS
P.O. BOX 145550
SALT LAKE CITY UT 84114

☐ Contingent
☐ Unliquidated
☐ Disputed

$141.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.275. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SALVADOR MONTOYA
1122 FORRESTER NW
ALBUQUERQUE NM 87104

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

6/22/2021

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.276. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAM BELL
603 MARTIN LUTHER KING DR
CHIPLEY FL 32428

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

12/6/2020

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

---

**3.277.**    **Nonpriority creditor's name and mailing address**

SAM BELL
603 MARTIN LUTHER KING DR
CHIPLEY FL 32428

**Date or dates debt was incurred**

10/29/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.278.**    **Nonpriority creditor's name and mailing address**

SAMANTHA ROBINSON
433 EAST OAK ST APT 5
APT 5
LOUISVILLE KY 40203

**Date or dates debt was incurred**

2/20/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.279.**    **Nonpriority creditor's name and mailing address**

SAMUEL BELL
STATE DIVISION OF HUMAN RIGHTS
BELLEW S. MCMANUS, SENIOR ATTORNEY
ONE FORDHAM PLAZA
4TH FLOOR
BRONX NY 10458

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.280. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.280. 

**Nonpriority creditor's name and mailing address**

SANDRA CEREZO
6129 AMOS AVE
LAKEWOOD CA 90712

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

5/1/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.281. 

**Nonpriority creditor's name and mailing address**

SANTIAGO PEREZ
2707 SAN LEANDRO BLV
APT. 202
SAN LEANDRO CA 94578

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

2/9/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

3.282. 

**Nonpriority creditor's name and mailing address**

SCOTT ANDERSON
DANIEL W. CANTRELL ESQ
2450 STANWELL DRIVE
CONCORD CA 94520

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| 3.283. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SEAN PETEE
1806 W GULFPORT CIR
BROKEN ARROW OK 74011

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

8/16/2017

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.284. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SECURITAS SECURITY SERVICES USA, INC.
9 CAMPUS DRIVE
PARSIPPANY NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

$56,496.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3515**

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.285. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SELECT STAFFING
1040 CROWN POINT PARKWAY
STE 1040
ATLANTA GA 30338

☐ Contingent
☐ Unliquidated
☐ Disputed

$340,993.86

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0659**

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| 3.286. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SELEMON FELEKE
3223 S 160TH ST #10
SEATAC WA 98188

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

11/28/2020

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.287. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SEYFARTH SHAW, LLP
3807 COLLECTIONS CENTER DR.
CHICAGO IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,210.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LEGAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

| 3.288. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHAMEEK ADAMS
215 YARNALL STREET
CHESTER PA 19013

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

11/10/2021

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| 3.289. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.289.

**Nonpriority creditor's name and mailing address**

SHANIA TABRON
1414 BELLEVIEW ST
137
DALLAS TX 75215

**Date or dates debt was incurred**

5/4/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.290.

**Nonpriority creditor's name and mailing address**

SHILET STINFIL
920 MAGNOLIA CIRCLE
JONESBORO GA 30236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1405**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$385.00

---

3.291.

**Nonpriority creditor's name and mailing address**

SHOPPAS MID AMERICA LLC
1301 N CORRINGTON AVE
KANSAS CITY MO 64120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REPAIR/TOWING

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$460.17

---

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| | | | |
|---|---|---|---|
| 3.292. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SIGNATURE FLIGHT SUPPORT SPOKANE
PO BOX 402458
ATLANTA GA 30384-2458

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,522.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.293. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SIGNATURE FLIGHT SUPPORT-BRADLEY
PO BOX 402458
ATLANTA GA 30384-2458

☐ Contingent
☐ Unliquidated
☐ Disputed

$283.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.294. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SINDY BUFORD
YORK LAW CORPORATION
WENDY C. YORK & JOHN G. NOWAKOWSKI
1111 EXPOSITION BLVD
BLDG 500
SACRAMENTO CA 95815

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PENDING LITIGATION - STATE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**                            Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| 3.295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

SINDY BUFORD
YORK LAW CORPORATION
WENDY C. YORK & JOHN G. NOWAKOWSKI
1111 EXPOSITION BLVD
BLDG 500
SACRAMENTO CA 95815

**Amount of claim**

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PENDING LITIGATION - FEDERAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.296. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

SIOUX FALLS REGIONAL AIRPORT
2801 JAYCEE LANE
SIOUX FALLS SD 57104

**Amount of claim**

$1,757.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.297. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

SIOUX FALLS REGIONAL AIRPORT AUTH
2801 JAYCEE LANE
SIOUX FALLS SD 57104

**Amount of claim**

$1,211.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor     **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 3.298. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SL6 NASHVILLE INDUSTRIAL LP
3200 GRACIE KILTZ LANE
SUITE 500
AUSTIN TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,062.44

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:** 0954

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.299. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMUD
P.O. BOX 15555
SACRAMENTO CA 95852-1555

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,550.20

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.300. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN MARYLAND ELECTRIC COOP
PO BOX 62261
BALTIMORE MD 21264-2261

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,729.87

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| 3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.301.

**Nonpriority creditor's name and mailing address**

SOUTHWEST IDEALEASE
P.O. BOX 560685
DALLAS TX 75356

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,854.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.302.

**Nonpriority creditor's name and mailing address**

SOUTHWEST TOYOTALIFT
P.O. BOX 1070
MIRA LOMA CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$249.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.303.

**Nonpriority creditor's name and mailing address**

SPARKLETTS-TX
P.O. BOX 660579
DALLAS TX 75266-0579

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$251.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

---

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPECTRA STAFFING, INC.
PO BOX 75410
CHICAGO IL 60675-5410

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,393.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:** 0683

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.305. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPEEDWAY VENTURE, LLC.
UNIT #77
PO BOX 4900
PORTLAND OR 97208-4900

☐ Contingent
☐ Unliquidated
☐ Disputed

$108,175.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.306. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SPOKANE INTERNATIONAL AIRPORT
9000 W. AIRPORT DRIVE # 204
SPOKANE WA 99224

☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 3.307. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAFFMARK INVESTMENT LLC
PO BOX 734575
CHICAGO IL 60673-4575

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,019.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TEMP. AGENCY

**Last 4 digits of account number:** 0855

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STATE OF ALASKA - ANCHORAGE
ANCHORAGE INTL AIRPORT ACCT SECTION
PO BOX 196960
ANCHORAGE AK 99519-6960

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STEPHEN CRANFILL
1016 E WELLSPRING RD
#20-T
MIDVALE UT 84047

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

2/9/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Matheson Flight Extenders, Inc.**   Case number *(if known)* **22-21148**

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STG LOGISTICS INC
2001 BUTTERFIELD ROAD
SUITE 1010
DOWNERS GROVE IL 60515

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Last 4 digits of account number: 1760**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.311. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STIRLING CAPITAL INVESTMENTS, LLC
2021 MCKINNEY AVE, SUITE 1050
DALLAS TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

$37,334.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OFFICE LEASES

**Last 4 digits of account number: 8679**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.312. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STRATUS BUILDING SOLUTIONS
PO BOX 208299
DALLAS TX 75320-8299

☐ Contingent
☐ Unliquidated
☐ Disputed

$452.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUBURBAN PROPANE
PO BOX 12027
FRESNO CA 93776-2027

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,190.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.314. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUBURBAN PROPANE - WHIPPANY
240 ROUTE 10 W
WHIPPANY NJ 07981

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,868.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:** 7508

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.315. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUNBELT RENTALS
P.O. BOX 409211
ATLANTA GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,815.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:** 9738

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| 3.316. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

T.M.T. SPECIALTIES
13730 SARGENT AVE
GALT CA 95632

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,763.48

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number: 5339**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.317. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TAC AIR RALEIGH - DURHAM
P.O. BOX 1481
TEXARKANA TX 75504

☐ Contingent
☐ Unliquidated
☐ Disputed

$574.79

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
FUEL

**Last 4 digits of account number: 4084**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.318. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TALIA STEWART
NEW FOREST CT APT 1
WALDORF MD 20603

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
12/22/2021

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                   Case number *(if known)* **22-21148**

**3.319.** **Nonpriority creditor's name and mailing address**

TARYN LOPEZ
325 N MAPLE DR #1542
BEVERLY HILLS CA 90213

**Date or dates debt was incurred**

10/31/2020

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.320.** **Nonpriority creditor's name and mailing address**

TATIANA BENTON
14306 IBEX AVE
APT C
NORWALK CA 90650

**Date or dates debt was incurred**

4/10/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.321.** **Nonpriority creditor's name and mailing address**

TERRELL ENIS
THE MARKHAM LAW FIRM
DAVID R. MARKHAM & LISA BREVARD
8910 UNIVERSITY CENTER LANE
SUITE 400
SAN DIEGO CA 92122

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

PENDING LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor    **Matheson Flight Extenders, Inc.**                Case number *(if known)* **22-21148**

---

| 3.322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.322.   **Nonpriority creditor's name and mailing address**

TERRENO WEST 140TH LLC
C/O COLLIERS INTERNATIONAL
1850 MT. DIABLO BLVD., STE. 200
WALNUT CREEK CA 94596

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$90,803.97

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
REAL PROPERTY LEASE/RENT

**Last 4 digits of account number: 2768**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.323.   **Nonpriority creditor's name and mailing address**

TESSICA USSERY
6835 SILVER MAPLE DR
REX GA 30273

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
UNDETERMINED

**Date or dates debt was incurred**
12/4/2021

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.324.   **Nonpriority creditor's name and mailing address**

TEXPO ENERGY
PO BOX 3079
HOUSTON TX 77253-3079

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,175.07

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| 3.325. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.325.

**Nonpriority creditor's name and mailing address**

THANIA MAYORGA
1200 WEST GILLESPIE AVENUE
SALT LAKE CITY UT 84104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

4/14/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.326.

**Nonpriority creditor's name and mailing address**

THELMA WASHINGTON
988 SIDE SADDLE TRAIL
LUSBY MD 20657

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

1/12/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.327.

**Nonpriority creditor's name and mailing address**

THERON HOPKINS
8154 CRYSTAL WALK CIRCLE
ELK GROVE CA 95758

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

4/2/2022

**Last 4 digits of account number:**

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| 3.328. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.328.

**Nonpriority creditor's name and mailing address**

TIFFANY NOBLES
8500 LINDBERGH BLVD
PHILADELPHIA PA 19153

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

6/9/2021

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.329.

**Nonpriority creditor's name and mailing address**

TIM O'ROURKE
226 SAUDE AVE
ESSINGTON PA 19029

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

1/30/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.330.

**Nonpriority creditor's name and mailing address**

TOLLS BY MAIL PAYMENT PROCESSING
PO BOX 15183
ALBANY NY 12212-5183

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FEES/TAXES/LICENSES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 3.331. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOMEKIA MATHIS
6457 SUSAN DR SW
MABLETON GA 30126

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**
3/9/2022

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.332. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOP SHINE CLEANING
153 JASPER POINT DRIVE
HOLLY SPRINGS NC 27540

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,970.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.333. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOYOTA MATERIAL HANDLING SYS - ATL
325 HORIZON DR
SUWANEE GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

$40,681.19

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:** 9008

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.334.**

**Nonpriority creditor's name and mailing address**

TOYOTALIFT NORTHEAST LLC
PO BOX 21996
NEW YORK NY 10087-1996

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,091.98

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 1390**

**Basis for the claim:**
EQUIPMENT RENTAL

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335.**

**Nonpriority creditor's name and mailing address**

TR RUFES
26228 33RD AVE S
KENT WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
3/31/2022

**Last 4 digits of account number:**

**Basis for the claim:**
WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.336.**

**Nonpriority creditor's name and mailing address**

TRANSIPLEX- SEATTLE
P.O. BOX 68515
SEATTLE WA 98168

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,912.73

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 4680**

**Basis for the claim:**
REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| 3.337. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRC STAFFING SERVICES
115 PERIMETER CENTER PLACE NE
SUITE 850
ATLANTA GA 30346

☐ Contingent
☐ Unliquidated
☐ Disputed

$741,889.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5494**

**Basis for the claim:**

TEMP. AGENCY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.338. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TRI COUNTY CLEANING SERVICES
59 LORIMER ST
SPRINGFIELD MA 01151

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,492.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1025**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.339. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TUCSON AIRPORT AUTHORITY
7250 S. TUCSON BLVD #300
TUCSON AZ 85756

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,983.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor　**Matheson Flight Extenders, Inc.**　　　　　　　　Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| 3.340. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.340.**

**Nonpriority creditor's name and mailing address**

TULSA AIRPORTS IMPROVEMENT TRUST
DEPARTMENT #598
TULSA OK 74182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,575.83

---

**3.341.**

**Nonpriority creditor's name and mailing address**

ULINE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 88741
CHICAGO IL 60680-1741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2466

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SUPPLIES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$76,827.85

---

**3.342.**

**Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION
PO BOX 650481
DALLAS TX 75265-0481

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SUPPLIES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,693.62

---

Debtor    **Matheson Flight Extenders, Inc.**         Case number *(if known)* **22-21148**

| | |
|---|---|
| **3.343.** | **Nonpriority creditor's name and mailing address** |

**3.343.**

**Nonpriority creditor's name and mailing address**

UNITED PARCEL SERVICE COMPANY
825 LOTUS AVE
LOUISVILLE KY 40213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$250,965.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.344.**

**Nonpriority creditor's name and mailing address**

UNITED RENTALS (NORTH AMERICA), INC
FILE 51122
LOS ANGELES CA 90074-1122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$67,680.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:** 6287

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.345.**

**Nonpriority creditor's name and mailing address**

UNITED STATES POSTAL SERVICE
LOGISTIC SERVICES
TRANSPORTATION SERVICES CMC/ KIAIRA
STALLWORTH
475 L ENFANT PLAZA SW
RM 1P650
WASHINGTON DC 20260-6201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim**

$15,000,000.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PAYMENT ADVANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                   Case number *(if known)* **22-21148**

| 3.346. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.346.**    **Nonpriority creditor's name and mailing address**

UNUM LIFE INSURANCE COMPANY OF AMERICA
OF AMERICA
P.O. BOX 409548
ATLANTA GA 30384-9548

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,340.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE/INSURANCE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.347.**    **Nonpriority creditor's name and mailing address**

US AIRPORTS ROCHESTER NY, LLC
ONE AIRPORT WAY, SUITE 300
ROCHESTER NY 14624

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19,684.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

REAL PROPERTY LEASE/RENT

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.348.**    **Nonpriority creditor's name and mailing address**

US LOGISTICS
P.O. BOX 14309
CINCINNATI OH 45250

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$850.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                   Case number *(if known)* **22-21148**

| 3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.349.   **Nonpriority creditor's name and mailing address**

USA WASTE AND RECYCLING INC
PO BOX 1000
EAST WINDSOR CT 06088

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$575.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number: 4895**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.350.   **Nonpriority creditor's name and mailing address**

USAIRPORTS FLIGHT SUPPORT, LLC
ONE AIRPORT WAY
ROCHESTER INTERNATIONAL AIRPORT
ROCHESTER NY 14624

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,348.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.351.   **Nonpriority creditor's name and mailing address**

UTILITY TRAILER SALES OF CENTRAL CA
PO BOX 11845
FRESNO CA 93775-1845

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,254.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| 3.352. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VANGUARD CLEANING SYSTEMS OF CENTRAL VA
913 RIDGEBROOK RD
SPARKS MD 21152

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,325.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.353. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VERIZON WIRELESS - 660108
PO BOX 660108
DALLAS TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,119.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.354. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VICTOR MAYORQUIN
25627 ELDRIDGE AVE
HAYWARD CA 94544

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

12/28/2021

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Matheson Flight Extenders, Inc.**      Case number *(if known)* **22-21148**

---

| 3.355. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VISION SERVICE PLAN<br>3333 QUALITY DRIVE<br>RANCHO CORDOVA CA 95670 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $454.94 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OUTSIDE SERVICE/INSURANCE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.356. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VOLT<br>P.O. BOX 679307<br>DALLAS TX 75267-9307 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,080.41 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TEMP. AGENCY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.357. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | VORTEX INDUSTRIES, INC.<br>FILE 1095<br>1801 W. OLYMPIC BLVD.<br>PASADENA CA 91199-1095 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,982.24 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>OUTSIDE SERVICE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **Matheson Flight Extenders, Inc.**         Case number *(if known)* **22-21148**

| 3.358. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WASTE HARMONICS LLC
PO BOX 933459
CLEVELAND OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

$829.06

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number: 4422**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.359. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WASTE MANAGEMENT OF ALAMEDA COUNTY
P O BOX 541065
LOS ANGELES CA 90054-1065

☐ Contingent
☐ Unliquidated
☐ Disputed

$416.57

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.360. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WASTE MANAGEMENT OF DENVER
PO BOX 7400
PASADENA CA 91109-7400

☐ Contingent
☐ Unliquidated
☐ Disputed

$353.76

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| 3.361. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.361.** **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF NY-ROCHESTER
PO BOX 13648
PHILADELPHIA PA 19101-3648

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$651.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.362.** **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF PA INC.
PO BOX 13648
PHILADELPHIA PA 19101-3648

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$179.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.363.** **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF WEST VIRGINIA
P.O. BOX 13648
PHILADELPHIA PA 19101-3648

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$233.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| 3.364. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.364.

**Nonpriority creditor's name and mailing address**

WASTE PRO - ATLANTA WEST
4785 FULTON INDUSTRIAL BLVD SUITE F
ATLANTA GA 30336

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EQUIPMENT RENTAL

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$577.79

---

3.365.

**Nonpriority creditor's name and mailing address**

WERRES CORPORATION
807 EAST SOUTH STREET
FREDERICK MD 21701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

BANKING/LOANS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$51,109.81

---

3.366.

**Nonpriority creditor's name and mailing address**

WEST VIRGINIA AMERICAN WATER
PO BOX 371880
PITTSBURGH PA 15250-7800

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

UTILITIES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$48.11

---

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

**3.367.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
---|---|---|---

**3.367.**

**Nonpriority creditor's name and mailing address**

WESTERN AIRCRAFT
4300 S. KENNEDY ST.
BOISE ID 83705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$279.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FUEL

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.368.**

**Nonpriority creditor's name and mailing address**

WHITLOCK BUILDING SERVICES
525 INDUSTRIAL BLVD
BUILDING B
GRAPEVINE TX 76051

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,878.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:** 6018

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.369.**

**Nonpriority creditor's name and mailing address**

WIESE USA, INC.
PO BOX 60106
ST. LOUIS MO 63160

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,390.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

OUTSIDE SERVICE

**Last 4 digits of account number:** 5627

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

| 3.370. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.370.

**Nonpriority creditor's name and mailing address**

WILLIAM BOOTH
1611 CHERRY CREEK LOOP
BILLINGS MT 59105

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

2/23/2022

**Basis for the claim:**

WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.371.

**Nonpriority creditor's name and mailing address**

WINDSOR SANITATION
PO BOX 622
WINDSOR CT 06095

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$132.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

UTILITIES

**Last 4 digits of account number:** 3292

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.372.

**Nonpriority creditor's name and mailing address**

WORKFORCE QA LLC
1430 SOUTH MAIN STREET
SALT LAKE CITY UT 84115

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$994.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

RECRUITING

**Last 4 digits of account number:** 8921

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Matheson Flight Extenders, Inc.**         Case number *(if known)* **22-21148**

| 3.373. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

XTRA LEASE - KANSAS CITY
P.O. BOX 219562
KANSAS CITY MO 64121-9562

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,136.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

EQUIPMENT LEASE/RENTAL/PURCHASE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.374. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YOUNG'S SUPERIOR CLEANING
491 NEWFIELD ST.
MIDDLETOWN CT 06457

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,063.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

OUTSIDE SERVICE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.375. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZEPEDA'S TRUCKING
1271 WASHINGTON AVENUE, #189
SAN LEANDRO CA 94577

☐ Contingent
☐ Unliquidated
☐ Disputed

$179,766.47

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4762

**Basis for the claim:**

BROKER

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| 3.376. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.376.   **Nonpriority creditor's name and mailing address**

ZERO @100
145 SELENA COURT
FAYETTEVILLE GA 30215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$393.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1285

**Basis for the claim:**

OUTSIDE SERVICE/GUARD

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| ATLAS LAW P.S.<br>PO BOX 7040<br>OLYMPIA WA 98507-7040 | Part 2 line 3.286 | _____ |
| CUMMINGS & MIDDLEBROOKS LLP<br>TRACY W MIDDLEBROOKS III<br>3355 LENOX RD NE STE 1075<br>ATLANTA GA 30326 | Part 2 line 3.331 | _____ |
| GOFF LAW GROUP LLC<br>ANNETTE SMITH<br>75 BRACE ROAD<br>WEST HARVORD CT 06107 | Part 2 line 3.193 | _____ |
| HEFNER STARK & MAROIS LLP<br>THOMAS P GRIFFIN, JR<br>2150 RIVER PLAZA DRIVE STE 450<br>SACRAMENTO CA 95833 | Part 2 line 3.222 | _____ |
| HODSON & MULLIN<br>601 BUCK AVE<br>VACAVILLE CA 95688 | Part 2 line 3.160 | _____ |
| IDA M. YBARRA<br>11441 ALLERTON PARK DRIVE, SUITE 100<br>LAS VEGAS NV 89135 | Part 2 line 3.319 | _____ |
| JEFF K. COOPER<br>1520 SW TOPEKA BLVD.<br>TOPEKA KS 66612 | Part 2 line 3.166 | _____ |
| JOHN HILL OAKLAND<br>INNA BIMITS<br>333 HEGENBERGER RD STE 300<br>OAKLAND CA 94621 | Part 2 line 3.154 | _____ |
| LOHF SHAIMAN JACOBS HYMAN AND FEIGER PC<br>950 SO CHERRY ST<br>STE 300<br>DENVER CO 80246 | Part 2 line 3.184 | _____ |
| LOHF SHAIMAN JACOBS P.C.<br>REPRESENTATIVE:CHARLES H JOCOBS<br>SHAREHOLDER<br>900 S CHERRY ST.,STE 300<br>DENVER CO 80246 | Part 2 line 3.184 | _____ |
| PROLOGISTIX<br>REPRESENTATIVE:GEAROID E MOORE,ESQ<br>CHIEF LEGAL OFFICER,EMPLOY BRIDGE<br>HOLDING CO.<br>1040 CROWN POINTE PARKWAY STE 1040<br>ATLANTA GA 30338 | Part 2 line 3.252 | _____ |
| RUXANDRA OSGOOD<br>2005 MARKET ST 18TH FLOOR<br>PHILADELPHIA PA 19103-7042 | Part 2 line 3.328 | _____ |
| SAGOT ASSOCIATES<br>JENNIFER L. SAGOT<br>3157 MECHANICSVILLE RD<br>BENSALEM PA 19020-2869 | Part 2 line 3.109 | _____ |

Debtor    **Matheson Flight Extenders, Inc.**                          Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| SMITH HAUGHEY RICE & ROEGGE<br>ALLEN NEDERVELD<br>100 MONROE CENTER ST. NW<br>GRAND RAPIDS MI 49503 | Part 2 line 3.235 | _____ |
| TRC STAFFING SVC<br>REPRESENTATIVE: DAVID SUEVER<br>115 PERIMETER CTR PL NE<br>STE 850<br>ATLANTA GA 30346 | Part 2 line 3.337 | _____ |
| UNITED STATES POSTAL SERVICE<br>KIAIRA STALLWORTH CSCP<br>LOGISTICS SERVICES<br>475 L ENFANT PLAZA SW<br>ROOM 1P650<br>WASHINGTON DC 20260-6201 | Part 2 line 3.345 | _____ |

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | UNDETERMINED |
| 5b. | **Total claims from Part 2** | 5b. **+** | $113,407,827.05 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $113,407,827.05 |

**Fill in this information to identify the case:**

**Debtor name:** Matheson Flight Extenders, Inc.

**United States Bankruptcy Court for the:** Eastern District of California

**Case number (if known):** 22-21148

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1. | Title of contract | LEASE AGREEMENT | 121 WAWARME INVESTMENT PARTNERS, LLC. |
|---|---|---|---|
| | State what the contract or lease is for | FACILITY LEASE -SGF | 137 DANBURRY RD. PMB 300 |
| | Nature of debtor's interest | LESSEE | NEW MILLFORD CT 06103 |
| | State the term remaining | 3/30/2023 | |
| | List the contract number of any government contract | | |

| 2.2. | Title of contract | COMMITTED ELITE RESPONSE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SECURITY FOR SMF STC | |
| | Nature of debtor's interest | CONTRACT PARTY | AARON SMITH 3517 MARCONI AVE. |
| | State the term remaining | MONTH TO MONTH | SUITE 206 SACRAMENTO CA 95821 |
| | List the contract number of any government contract | | |

| 2.3. | Title of contract | SUBLEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FACILITY SUBLEASE - RIC | |
| | Nature of debtor's interest | SUBLESSEE | AFCO CARGO RIC LLC P.O. BOX 16860 |
| | State the term remaining | 10/31/2023 | WASHINGTON DC 20041 |
| | List the contract number of any government contract | | |

Debtor    **Matheson Flight Extenders, Inc.**                              Case number *(if known)* **22-21148**

| 2.4. | **Title of contract** | ALHAMBRA | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WATER DELIVERY SMF | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ALHAMBRA |
| | **State the term remaining** | MONTH TO MONTH | 200 EAGLES LANDING BLVD LAKELAND FL 33810 |
| | **List the contract number of any government contract** | _____ | |

| 2.5. | **Title of contract** | AMERIGAS PROPANE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPANE CANISTER DELIVERY | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMERIGAS |
| | **State the term remaining** | MONTH TO MONTH | 6501 COLORADO BLVD COMMERCE CITY CO 80022 |
| | **List the contract number of any government contract** | _____ | |

| 2.6. | **Title of contract** | STANDARD GROUND HANDLING AGREEMENT (SIMPLIFIED PROCEDURE) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GROUND HANDLING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMERIJET INTERNATIONAL, INC. ATTN: JOAN CANNY |
| | **State the term remaining** | MONTH TO MONTH | ATTN: RASHEME RICHARDSON 2800 SOUTH ANDREWS AVENUE |
| | **List the contract number of any government contract** | _____ | FT. LAUDERDALE FL 33316 |

| 2.7. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCESS EMPLOYMENT PRACTICES LIABILITY INSURANCE, POLICY NO. MLX4263507-0 | |
| | **Nature of debtor's interest** | INSURED | ARGONAUT INSURANCE CO. RISK PLACEMENT SERVICES |
| | **State the term remaining** | 03/01/2023 | 525 WEST VAN BUREN STE 1325 |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60607 |

| 2.8. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT LIABILITY PRACTICES INSURANCE, POLICY NO. P-001-000521747-02 | |
| | **Nature of debtor's interest** | INSURED | AXIS INSURANCE COMPANY 1000 AVALON BLVD |
| | **State the term remaining** | 3/1/2023 | STE 200 ALPHARETTA GA 30009 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Matheson Flight Extenders, Inc.**                              Case number *(if known)* **22-21148**

| | | | |
|---|---|---|---|
| 2.9. | **Title of contract** | SUBLEASE PORTLAND INTERNATIONAL CENTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FACILITY SUBLEASE - PDX | |
| | **Nature of debtor's interest** | SUBLESSEE | BDPF ALDERWOOD CORPORATE CENTERS II &III LLC |
| | **State the term remaining** | 1/23/2027 | 715 WISCONSIN AVE. SUITE 350 WEST |
| | **List the contract number of any government contract** | | BETHESDA MD 20814 |

| | | | |
|---|---|---|---|
| 2.10. | **Title of contract** | VEHICLE LEASE SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TRUCK LEASE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BENTLEY TRUCK SERVICES, INC. |
| | **State the term remaining** | 2/18/2023 | 307 HERON DRIVE LOGAN TOWNSHIP NJ 08085 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.11. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXCESS LIABILITY INSURANCE, POLICY NO. XOOG72566580001 | |
| | **Nature of debtor's interest** | INSURED | CHUBB FEDERAL INSURANCE CO. |
| | **State the term remaining** | 03/01/2023 | PO BOX 4700 CHESAPEAKE VA 23327-4700 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.12. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EMPLOYEE MEDICAL/DENTAL INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CIGNA |
| | **State the term remaining** | | 5476 COLLECTIONS CENTER DR. CHICAGO IL 60693 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.13. | **Title of contract** | AIR CARGO BUILDING LEASE AND OPERATING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FACILITY LEASE - ABQ | |
| | **Nature of debtor's interest** | LESSEE | CITY OF ALBAQUERQUE |
| | **State the term remaining** | 12/31/2022 | PO BOX 9948 ALBUQUERQUE NM 87106 |
| | **List the contract number of any government contract** | | |

Debtor    **Matheson Flight Extenders, Inc.**       Case number *(if known)* **22-21148**

| 2.14. | **Title of contract** | CHARLOTTE DOUGLAS INTERNATIONAL AIRPORT CARGO FACILITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE - CLT | |
| | **Nature of debtor's interest** | LESSEE | CITY OF CHARLOTTE |
| | **State the term remaining** | 8/31/2022 | 5601 WILKINSON BLVD. |
| | **List the contract number of any government contract** | _____ | CHARLOTTE NC 28208 |

| 2.15. | **Title of contract** | CLEARWATER OF NEW ENGL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WATER DELIVERY_BDL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CLEARWATER OF NEW ENGLAND |
| | **State the term remaining** | MONTH TO MONTH | 200 LAKE STREET |
| | **List the contract number of any government contract** | _____ | SUITE 302B<br>PEABODY MA 01960 |

| 2.16. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE | |
| | **Nature of debtor's interest** | LESSEE | CLPF- SEATTLE DISTRIBUTION |
| | **State the term remaining** | 3/21/2027 | CENTER, L.P.<br>1717 MCKINNEY AVE. |
| | **List the contract number of any government contract** | _____ | SUITE 1900<br>DALLAS TX 75202 |

| 2.17. | **Title of contract** | COMPLETE LABOR AND STAFFING QUOTE FOR SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STAFFING SERVICES | |
| | **Nature of debtor's interest** | CUSTOMER | COMPLETE LABOR AND STAFFING |
| | **State the term remaining** | MONTH TO MONTH | 148 FRANKLIN ST. |
| | **List the contract number of any government contract** | _____ | HARTFORD CT 06114 |

| 2.18. | **Title of contract** | AGREEMENT OF LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE - MCO | |
| | **Nature of debtor's interest** | LESSEE | DCT BOGGY CREEK FL LP |
| | **State the term remaining** | 5/31/22 | 9025 BOGGY CREEK RD. |
| | **List the contract number of any government contract** | _____ | UNIT 1<br>ORLANDO FL 32824 |

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 2.19. | **Title of contract** | SERVICE LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STAFFING SERVICES | |
| | **Nature of debtor's interest** | CUSTOMER | EMPLOY BRIDGE, LLC |
| | **State the term remaining** | 09/09/2023 | 1040 CROWN POINTE PKWY, STE 1040 |
| | **List the contract number of any government contract** | | ATLANTA GA 30338 |

| 2.20. | **Title of contract** | JOB ORDER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STAFFING SERVICES | |
| | **Nature of debtor's interest** | CUSTOMER | EMPLOYENT SOURCE SMALL BUSIENSS GROUP, INC. |
| | **State the term remaining** | MONTH TO MONTH | KARI SHELTON |
| | **List the contract number of any government contract** | | 2040 ROSEBUD DR. #3 BILLINGS MT 59102 |

| 2.21. | **Title of contract** | EXTREME JANITORS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | JANITORIAL AT OAK THS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EXTREME JANITORS |
| | **State the term remaining** | MONTH TO MONTH | 2669 GRANDE VISTA AVE #4 OAKLAND CA 94601 |
| | **List the contract number of any government contract** | | |

| 2.22. | **Title of contract** | CARTAGE AGENT TRANSPORTATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANSPORTATION SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FEDERAL EXPRESS CORPORATION ATTN: MANAGER, CONTRACT |
| | **State the term remaining** | 5/14/2024 | TRANSPORTATION P&A 3630 HACKS CROSS ROAD |
| | **List the contract number of any government contract** | | MEMPHIS TN 38125-7972 |

| 2.23. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE - CRW | |
| | **Nature of debtor's interest** | LESSEE | GENERAL CORPORATION |
| | **State the term remaining** | 6/30/2023 | P.O. BOX 6190 CHARLESTON WV 25362 |
| | **List the contract number of any government contract** | | |

Debtor    **Matheson Flight Extenders, Inc.**                          Case number *(if known)* **22-21148**

**2.24.**  **Title of contract**          LEASE                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          FACILITY LEASE - CVG

**Nature of debtor's interest**          LESSEE          GENERAL CORPORATION
                                                        P.O. BOX 6190
**State the term remaining**          6/30/2023          CHARLESTON WV 25362

**List the contract number of any government contract**          _____

**2.25.**  **Title of contract**          _____          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          CIGNA STOP LOSS INSURANCE

**Nature of debtor's interest**          CONTRACT PARTY          GRANULAR INSURANCE COMPANY
                                                              269 EAST GRAND AVENUE
**State the term remaining**          _____          SOUTH SAN FRANCISCO CA 94080

**List the contract number of any government contract**          _____

**2.26.**  **Title of contract**          BUSINESS INSURANCE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          LIABILITY INSURANCE, POLICY NO. RAD943505218 & AND RAD500019513

**Nature of debtor's interest**          INSURED          GREENWICH INSURANCE CO.
                                                        70 SEAVIEW AVE
**State the term remaining**          03/01/2023          SEAVIEW HOUSE
                                                        STAMFORD CT 06902-6040
**List the contract number of any government contract**          _____

**2.27.**  **Title of contract**          BUSINESS INSURANCE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          AUTOMOBILE LIABILITY - AXA XL INSURANCE, POLICY NO. RAD50000195-13

**Nature of debtor's interest**          INSURED          GREENWICH INSURANCE CO.
                                                        70 SEAVIEW AVE
**State the term remaining**          3/1/2023          SEAVIEW HOUSE
                                                        STAMFORD CT 06902-6040
**List the contract number of any government contract**          _____

**2.28.**  **Title of contract**          FLEX LEASE AGREEMENT          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          FACILITY LEASE - PHL

**Nature of debtor's interest**          LESSEE          HENDERSON COYLE JOINT VENTURE L.P.
                                                        112 CHESLEY DR.
**State the term remaining**          4/30/2023          SUITE 200
                                                        MEDIA PA 19063
**List the contract number of any government contract**          _____

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

---

**2.29.**    **Title of contract**      BUSINESS INSURANCE

**State what the contract or lease is for**      KIDNAP AND RANSOM INSURANCE, POLICY NO. UKA3005332 .22

**Nature of debtor's interest**      INSURED

**State the term remaining**      03/01/2023

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HISCOX
520 MADISON AVE
32ND FLOOR
NEW YORK NY 10022

---

**2.30.**    **Title of contract**      LEASE

**State what the contract or lease is for**      FACILITY LEASE - IND

**Nature of debtor's interest**      LESSEE

**State the term remaining**      4/30/2024

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HOME STOVE REALTY, INC.
8271 NORTH WASHINGTON BLVD.
INDIANAPOLIS IN 46240

---

**2.31.**    **Title of contract**      VEHICLE LEASE AND SERVICE AGREEMENT

**State what the contract or lease is for**      TRUCK LEASE

**Nature of debtor's interest**      CONTRACT PARTY

**State the term remaining**      1/13/2023

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IDEALEASE
SOUTHWEST INTERNATIONAL TRUCK INC.
3193 BASS PRO DRIVE
GRAPEVINE TX 76051

---

**2.32.**    **Title of contract**      INDUSTRIAL LEASE

**State what the contract or lease is for**      FACILITY LEASE MCI

**Nature of debtor's interest**      LESSEE

**State the term remaining**      7/31/2024

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IPXXXII 196 STREET, LLC
4825 NW 41ST STREET
STE. 500
KANSAS CITY MO 64150

---

**2.33.**    **Title of contract**      STANDARD SUBLEASE

**State what the contract or lease is for**      SUBLEASE - LAS

**Nature of debtor's interest**      SUBLESSOR

**State the term remaining**      10/31/2023

**List the contract number of any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LUCKY TOP INC.,
2831 ST. ROSE PARKWAY
HENDERSON NV 89502

---

Debtor   **Matheson Flight Extenders, Inc.**       Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| 2.34. | **Title of contract** | MADSEN, INC. |
| | **State what the contract or lease is for** | HVAC MAINT AGRMNT_PHL |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 8/31/2022 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MADSEN INC.
2901 SPRINGFIELD RD.
BROOMALL PA 19008

| | | |
|---|---|---|
| 2.35. | **Title of contract** | PROFESSIONAL SERVICES AGREEMENT |
| | **State what the contract or lease is for** | INTERCOMPANY AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | INDEFINITE |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MATHESON TRUCKING, INC.
9785 GOETHE RD.
SACRAMENTO CA 95827

| | | |
|---|---|---|
| 2.36. | **Title of contract** | LEASE AGREEMENT |
| | **State what the contract or lease is for** | FACILITY LEASE - BNA |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 7/31/2024 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MILBURN SPN LLC
30 W. MONROE ST.
SUITE 1700
CHICAGO IL 60603

| | | |
|---|---|---|
| 2.37. | **Title of contract** | BUSINESS INSURANCE |
| | **State what the contract or lease is for** | LEAD EXCESS INSURANCE, POLICY NO. 42XSF30482505 |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | 3/1/2023 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NATIONAL FIRE & MARINE
INSURANCE CO.
RISK PLACEMENT SERVICES
525 WEST VAN BUREN
STE 1325
CHICAGO IL 60607

| | | |
|---|---|---|
| 2.38. | **Title of contract** | INDUSTRIAL LEASE |
| | **State what the contract or lease is for** | FACILITY LEASE - SMF |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 10/30/26 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NP SACRAMENTO JV 3, LLC
4825 NW 41ST ST.
SUITE 500
KANSAS CITY MO 64150

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 2.39. | Title of contract | C&S CLEANING SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | JANITORIAL AT SMF STC | |
| | Nature of debtor's interest | CONTRACT PARTY | OFELIA AVENDANO |
| | State the term remaining | MONTH TO MONTH | 1914 EL MONTE AVE SACRAMENTO CA 95815 |
| | List the contract number of any government contract | _____ | |

| 2.40. | Title of contract | VEHICLE LEASE SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TRUCK LEASE | |
| | Nature of debtor's interest | CONTRACT PARTY | PENSKE TRUCK LEASING CO., L.P. |
| | State the term remaining | 5/10/2025 | 2675 MORGANTOWN ROAD READING PA 19607 |
| | List the contract number of any government contract | _____ | |

| 2.41. | Title of contract | VEHICLE LEASE SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TRUCK LEASE | |
| | Nature of debtor's interest | CONTRACT PARTY | PENSKE TRUCK LEASING CO., L.P. |
| | State the term remaining | 5/30/2023 | 2675 MORGANTOWN ROAD READING PA 19607 |
| | List the contract number of any government contract | _____ | |

| 2.42. | Title of contract | VEHICLE LEASE SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TRUCK LEASE | |
| | Nature of debtor's interest | CONTRACT PARTY | PENSKE TRUCK LEASING CO., L.P. |
| | State the term remaining | 8/26/2024 | 2675 MORGANTOWN ROAD READING PA 19607 |
| | List the contract number of any government contract | _____ | |

| 2.43. | Title of contract | VEHICLE LEASE SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TRUCK LEASE | |
| | Nature of debtor's interest | CONTRACT PARTY | PENSKE TRUCK LEASING CO., L.P. |
| | State the term remaining | 5/18/2025 | 2675 MORGANTOWN ROAD READING PA 19607 |
| | List the contract number of any government contract | _____ | |

Debtor    **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| 2.44. | Title of contract | OFFER TO SUPPLY TEMPORARY ASSOCIATES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | STAFFING SERVICES | |
| | Nature of debtor's interest | CUSTOMER | PEOPLEREADY |
| | State the term remaining | 12/31/22 | 402 ROYAL PARKWAY |
| | List the contract number of any government contract | | NASHVILLE TN 37214 |

| 2.45. | Title of contract | PROLOGIS CLEAR LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FACILITY LEASE - LAS | |
| | Nature of debtor's interest | LESSEE | PROLOGIS |
| | State the term remaining | 10/31/2023 | 3800 HOWARD HUGHES PARKWAY SUITE 1250 |
| | List the contract number of any government contract | | LAS VEGAS NV 89169 |

| 2.46. | Title of contract | BUSINESS PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FACILITY LEASE - DTW | |
| | Nature of debtor's interest | LESSEE | REA INVESTMENTS NO. I, LLC |
| | State the term remaining | 4/30/2023 | 12701 UNIVERSAL DR., TAYLOR MI 48180 |
| | List the contract number of any government contract | | |

| 2.47. | Title of contract | VEHICLE LEASE SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TRUCK LEASE | |
| | Nature of debtor's interest | CONTRACT PARTY | RUSH TRUCK LEASING, INC. ATTN: JAMES R. SMITH, JR. |
| | State the term remaining | 2/11/2024 | 4120 DONOVAN WAY |
| | List the contract number of any government contract | | NORTH LAS VEGAS NV 89030 |

| 2.48. | Title of contract | TRANSIPLEX PARKING | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PARKING AT SEATAC | |
| | Nature of debtor's interest | LESSEE | SCOTT WILSON |
| | State the term remaining | 9/30/2024 | P.O. BOX 68515 |
| | List the contract number of any government contract | | SEATTLE WA 98168 |

Debtor   **Matheson Flight Extenders, Inc.**      Case number *(if known)* **22-21148**

| 2.49. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STORAGE TANK LIABILITY - SCOTTSDALE INSURANCE, POLICY NO. VGS0002693 | |
| | **Nature of debtor's interest** | INSURED | SCOTTSDALE |
| | **State the term remaining** | 3/1/2023 | UCPM ENVIRONMENTAL INSURANCE 335 E GERMANN RD |
| | **List the contract number of any government contract** | _____ | STE 340 GILBERT AZ 85297 |

| 2.50. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE - SEA DHL | |
| | **Nature of debtor's interest** | LESSEE | SEA-TAC AIR CARGO LIMITED PARTNERSHIP |
| | **State the term remaining** | 9/30/2024 | P.O. BOX 68515 SEATTLE WA 98168 |
| | **List the contract number of any government contract** | _____ | |

| 2.51. | **Title of contract** | USE AND LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE - FSD | |
| | **Nature of debtor's interest** | LESSEE | SIOUX FALLS REGIOAL AIRPORT AUTHORITY |
| | **State the term remaining** | 6/30/2022 | 2801 JAYCEE LANE JOE FOSS FIELD |
| | **List the contract number of any government contract** | _____ | SIOUX FALLS SD 57104 |

| 2.52. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY LEASE - LAS PEAK | |
| | **Nature of debtor's interest** | LESSEE | SPEEDWAY VENTURE, LLC 3111 SOUTH VLLEY VIEW BLVD. |
| | **State the term remaining** | 12/31/2023 | SUITE K-101 LAS VEGAS NV 89102 |
| | **List the contract number of any government contract** | _____ | |

| 2.53. | **Title of contract** | SUBLEASE FOR A SINGLE SUBLESSEE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FACILITY SUBLEASE - PDX | |
| | **Nature of debtor's interest** | SUBLESSEE | STG LOGISTICS, INC. 5330 NE COURIER CT. |
| | **State the term remaining** | 1/31/2023 | SUITE 400 PORTLAND OR 97218 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| | | | |
|---|---|---|---|
| 2.54. | **Title of contract** | PROLOGIS CLEAR LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FACILITY LEASE - DFW | |
| | **Nature of debtor's interest** | LESSEE | STIRLING CAPITAL INVESTMENTS, LLC |
| | **State the term remaining** | 10/31/2024 | 180 WAZEE STREET, SUITE 500 DENVER CO 80202 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.55. | **Title of contract** | SUMMIT AIRWORKS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | HVAC SERVICE CONTRACT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SUMMIT AIRWORKS |
| | **State the term remaining** | MONTH TO MONTH | 4223 DULUTH AVE ROCKLIN CA 95765 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.56. | **Title of contract** | INDUSTRIAL LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FACILITY LEASE -OAK | |
| | **Nature of debtor's interest** | LESSEE | TERRENO WEST 140TH LLC |
| | **State the term remaining** | 1/31/2023 | 101 MONTGOMERY ST. SUITE 200 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.57. | **Title of contract** | TPM SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | HVAC MAINT AGRMNT_LAS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TPM SERVICES |
| | **State the term remaining** | MONTH TO MONTH | 7685 COMMERCIAL WAY SUITE J HENDERSON NV 89011 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.58. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CASUALTY /PROPERTY - REPLACEMENT INSURANCE, POLICY NO. QT6303T36208ATIL22 | |
| | **Nature of debtor's interest** | INSURED | TRAVELERS PROPERTY CASUALTY CO OF AMERICA |
| | **State the term remaining** | 03/01/2023 | ONE TOWER SQUARE HARTFORD CT 06187 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

2.59. | Title of contract | TRC STAFFING SERVICES, INC. FULL SERVICE AGREEMENT WITH MATHESON FLIGHT EXTENDERS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| State what the contract or lease is for | STAFFING SERVICES |
| Nature of debtor's interest | CUSTOMER | TRC STAFFING SERVICES, INC.
| State the term remaining | MONTH TO MONTH | 115 PERIMETER CETNER PLACE, SUITE 850
| List the contract number of any government contract | _____ | ATLANTA CA 30346

2.60. | Title of contract | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| State what the contract or lease is for | FACILITY LEASE - TUS |
| Nature of debtor's interest | LESSEE | TUSCSON AIRPORT AUTHORITY, INC.
| State the term remaining | 10/18/2026 | 7005 SOUTH PLUMER
| List the contract number of any government contract | _____ | TUCSON AZ 85706

2.61. | Title of contract | CARGO FACILITY SUBLEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| State what the contract or lease is for | FACILITY LEASE - TUL |
| Nature of debtor's interest | LESSEE | TUSLSA AIRPORTS IMPROVEMENT TRUST
| State the term remaining | 5/31/2022 | 7777 E. APACHE ST. SUITE A217
| List the contract number of any government contract | F18-097 | TULSA OK 74115

2.62. | Title of contract | SUBLEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| State what the contract or lease is for | FACILITY SUBLEASE - ANC |
| Nature of debtor's interest | SUBLESSEE | UNITED PARCEL SERVICE
| State the term remaining | 10/31/2022 | 1400 N. HURSTBOURNE PARKWAY LOUISVILLE KY 40223
| List the contract number of any government contract | _____ |

2.63. | Title of contract | AIRCRAFT SERVICES / GROUND SUPPORT SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| State what the contract or lease is for | GROUND HANDLING |
| Nature of debtor's interest | CONTRACT PARTY | UNITED PARCEL SERVICE CO. AIR GROUP BUILDING
| State the term remaining | MONTH TO MONTH | ATTN: LEGAL DEPARTMENT 1400 NORTH HURSTBOURNE PARKWAY
| List the contract number of any government contract | _____ | LOUISVILLE KY 40223

Debtor  **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| 2.64. | **Title of contract** | TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARGO HANDLING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED PARCEL SERVICE CO. ATTN: GREG HAWKINS 8203 NATIONAL TURNPIKE LOUISVILLE KY 40214 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.65. | **Title of contract** | TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARGO HANDLING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED PARCEL SERVICE CO. ATTN: GREG HAWKINS 8203 NATIONAL TURNPIKE LOUISVILLE KY 40214 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.66. | **Title of contract** | TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT BETWEEN UNITED PARCEL SERVICE CO. (UPS) AND MATHESON FLIGHT EXTENDERS (CONTRACTOR) DATED DECEMBER 12, 2018 FOR BFI | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARGO HANDLING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED PARCEL SERVICE CO. ATTN: GREG HAWKINS 8203 NATIONAL TURNPIKE LOUISVILLE KY 40214 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.67. | **Title of contract** | TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARGO HANDLING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED PARCEL SERVICE CO. ATTN: JAMES L. TITUS 8203 NATIONAL TURNPIKE LOUISVILLE KY 40214 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.68. | **Title of contract** | TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARGO HANDLING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED PARCEL SERVICE CO. ATTN: JEFF DUNAWAY 6716 GRADE LANE, SUITE 908-A LOUISVILLE KY 40213 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Matheson Flight Extenders, Inc.**        Case number *(if known)* **22-21148**

| | | | |
|---|---|---|---|
| 2.69. | **Title of contract** | TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CARGO HANDLING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED PARCEL SERVICE CO. ATTN: JEFF DUNAWAY 6716 GRADE LANE, SUITE 908-A LOUISVILLE KY 40213 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.70. | **Title of contract** | TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CARGO HANDLING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED PARCEL SERVICE CO. ATTN: JEFF DUNAWAY 1400 N. HURSTBOURNE PARKWAY LOUISVILLE KY 40223 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.71. | **Title of contract** | TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CARGO HANDLING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED PARCEL SERVICE CO. ATTN: JEFF DUNAWAY 8203 NATIONAL TURNPIKE LOUISVILLE KY 40214 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.72. | **Title of contract** | TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT BETWEEN UNITED PARCEL SERVICE CO. (UPS) AND MATHESON FLIGHT EXTENDERS (CONTRACTOR) DATED SEPTEMBER 20, 2016 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CARGO HANDLING SERVICES | UNITED PARCEL SERVICE CO. ATTN: JEFF DUNAWAY 8203 NATIONAL TURNPIKE LOUISVILLE KY 40214 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.73. | **Title of contract** | TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CARGO HANDLING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED PARCEL SERVICE CO. ATTN: JEFF DUNAWAY 1400 N. HURSTBOURNE PARKWAY LOUISVILLE KY 40214 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Matheson Flight Extenders, Inc.**                                    Case number *(if known)* **22-21148**

**2.74.** **Title of contract**                AIRCRAFT DEICING AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        PLANE DEICING

**Nature of debtor's interest**        CONTRACT PARTY                UNITED PARCEL SERVICE CO.
ATTN: LEGAL DEPARTMENT
**State the term remaining**        MONTH TO MONTH                AIR GROUP BUILDING/2B
1400 N. HURSTBOURNE PARKWAY
**List the contract number of any government contract**        _____        LOUISVILLE KY 40223

**2.75.** **Title of contract**                GROUND HANDLING AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        GROUND HANDLING SERVICES

**Nature of debtor's interest**        CONTRACT PARTY                UNITED PARCEL SERVICE CO.
ATTN: TONY PENA
**State the term remaining**        MONTH TO MONTH                ONE UPS WAY
HODGKINS IL 60525
**List the contract number of any government contract**        _____

**2.76.** **Title of contract**                TRANSPORTATION AND CARGO HANDLING SERVICES AGREEMENT BETWEEN UNITED PARCEL SERVICE CO. (UPS) AND MATHESON FLIGHT EXTENDERS (CONTRACTOR) DATED JANUARY 15, 2014 FOR BIL                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        CARGO HANDLING SERVICES                UNITED PARCEL SERVICE CO.
ATTN: TONY PENA
**Nature of debtor's interest**        CONTRACT PARTY                ONE UPS WAY
HODGKINS IL 60525
**State the term remaining**        MONTH TO MONTH

**List the contract number of any government contract**        _____

**2.77.** **Title of contract**                ORDER/SOLICITATION/OFFER/AWARD                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION

**Nature of debtor's interest**        CONTRACT PARTY                UNITED STATES POSTAL SERVICE
CARGO AIR ACQUISITIONS
**State the term remaining**        9/18/2022 - 10/23/2022                AIR TRANSPORTATION CMC
475 L'ENFANT PLAZA SW, ROOM 1P650
**List the contract number of any government contract**        THS-14-MFE                WASHINGTON DC 20260-6201

**2.78.** **Title of contract**                ORDER/SOLICITATION/OFFER/AWARD                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION

**Nature of debtor's interest**        CONTRACT PARTY                UNITED STATES POSTAL SERVICE
CARGO AIR ACQUISITIONS
**State the term remaining**        10/31/2023                AIR TRANSPORTATION CMC
475 L'ENFANT PLAZA SW, ROOM 1P650
**List the contract number of any government contract**        THS-16-MFE                WASHINGTON DC 20260-6201

Debtor   **Matheson Flight Extenders, Inc.**                       Case number *(if known)* **22-21148**

| 2.79. | Title of contract | CONTRACT DOCUMENT FOR TERMINAL HANDLING SERVICES - AIR CARGO NETWORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION | UNITED STATES POSTAL SERVICE CARGO AIR ACQUISITIONS AIR TRANSPORTATION CMC 475 L'ENFANT PLAZA SW, ROOM 1P650 WASHINGTON DC 20260-6201 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 11/12/2022 | |
| | List the contract number of any government contract | THS-17-OAK | |

| 2.80. | Title of contract | CONTRACT DOCUMENT FOR TERMINAL HANDLING SERVICES - AIR CARGO NETWORK | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION | UNITED STATES POSTAL SERVICE CARGO AIR ACQUISITIONS AIR TRANSPORTATION CMC 475 L'ENFANT PLAZA SW, ROOM 1P650 WASHINGTON DC 20260-6201 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 6/24/2022 | |
| | List the contract number of any government contract | THS-17-ROC | |

| 2.81. | Title of contract | CONTRACT DOCUMENT FOR TERMINAL HANDLING SERVICES (THS) - AIR CARGO NETWORK (ACN) AT PHILADELPHIA INTERNATIONAL AIRPORT (PHL) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION | UNITED STATES POSTAL SERVICE CARGO AIR ACQUISITIONS AIR TRANSPORTATION CMC 475 L'ENFANT PLAZA SW, ROOM 1P650 WASHINGTON DC 20260-6201 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 4/30/2023 | |
| | List the contract number of any government contract | THS-18-MFE | |

| 2.82. | Title of contract | CONTRACT DOCUMENT FOR TERMINAL HANDLING SERVICES (THS) - AIR CARGO NETWORK (ACN) AT HARTSFIELD-JACKSON ATLANTA INTERNATIONAL AIRPORT (ATL) & DALLAS / FORTH WORTH INTERNATIONAL AIRPORT (DFW) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION | UNITED STATES POSTAL SERVICE CARGO AIR ACQUISITIONS AIR TRANSPORTATION CMC 475 L'ENFANT PLAZA SW, ROOM 1P650 WASHINGTON DC 20260-6201 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 9/20/2024 | |
| | List the contract number of any government contract | THS-19-MFE | |

Debtor    **Matheson Flight Extenders, Inc.**          Case number *(if known)* **22-21148**

| 2.83. | Title of contract | CONTRACT DOCUMENT FOR TERMINAL HANDLING SERVICES (THS) - AIR CARGO NETWORK (ACN) AT BOISE AIRPORT (BOI), GREAT FALLS INTERNATIONAL AIRPORT (SDF), LOUISVILLE INTERNATIONAL AIRPORT (SDF), RALEIGH-DURHAM INTERNATIONAL AIRPORT (RDU), RICHMOND INTERNATIONAL AIRPORT (RIC), TUCSON INTERNATIONAL AIRPORT (TUS) | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION | UNITED STATES POSTAL SERVICE CARGO AIR ACQUISITIONS AIR TRANSPORTATION CMC 475 L'ENFANT PLAZA SW, ROOM 1P650 WASHINGTON DC 20260-6201 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 10/4/2026, 10/18/2026, 11/1/2026 | |
| | List the contract number of any government contract | THS-21-MFE | |

| 2.84. | Title of contract | WESTERN AREA PEAN ANNEX DENVER, CO - KANSAS CITY, MO - PHOENIX, AZ - LAS VEGAS, NV - RENO, NV | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION | UNITED STATES POSTAL SERVICE LOGISTICS SERVICES TRANSPORTATION SERVICES CMC 475 L'ENFANT PLAZA SW, ROOM 1P650 WASHINGTON DC 20260-6201 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 9/30/2023 | |
| | List the contract number of any government contract | 5CLOSV-19-B-0002 | |

| 2.85. | Title of contract | SURFACE TRANSFER CENTER (STC): SOUTHERN CA (LOS ANGELES), CA NORTHERN CA (EAST BAY), CA | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION | UNITED STATES POSTAL SERVICE LOGISTICS SERVICES TRANSPORTATION SERVICES CMC 475 L'ENFANT PLAZA SW, ROOM 1P650 WASHINGTON DC 20260-6201 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 7/7/2026 | |
| | List the contract number of any government contract | 5CLOSV-21-B-0002 | |

| 2.86. | Title of contract | SURFACE TRANSFER CENTER (STC): NEW ENGLAND (CHICOPEE, MA) | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION | UNITED STATES POSTAL SERVICE LOGISTICS SERVICES TRANSPORTATION SERVICES CMC 475 L'ENFANT PLAZA SW, ROOM 1P650 WASHINGTON DC 20260-6201 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 7/22/2026 | |
| | List the contract number of any government contract | 5CLOSV-21-B-0004 | |

| 2.87. | Title of contract | PEAK SEASON SERVICES RENO PEAK SEASON ANNEX (RPSA) | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION | UNITED STATES POSTAL SERVICE LOGISTICS SERVICES TRANSPORTATION SERVICES CMC 475 L'ENFANT PLAZA SW, ROOM 1P650 WASHINGTON DC 20260-6201 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | 9/30/2026 | |
| | List the contract number of any government contract | 5CLOSV-21-B-0006 | |

Debtor    **Matheson Flight Extenders, Inc.**                    Case number *(if known)* **22-21148**

| | | |
|---|---|---|
| 2.88. | **Title of contract** | SURFACE TRANSFER CENTER (STC): ATLANTA, GA, CAPITAL BELTWAY REGION, MD/VA | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

2.88.

**Title of contract** — SURFACE TRANSFER CENTER (STC): ATLANTA, GA, CAPITAL BELTWAY REGION, MD/VA

**State what the contract or lease is for** — TERMINAL HANDLING SERVICES IN SUPPORT OF MAIL TRANSPORTATION

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — 4/25/2026

**List the contract number of any government contract** — 5CLOSV-22-B-0001

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED STATES POSTAL SERVICE
LOGISTICS SERVICES
TRANSPORTATION SERVICES CMC
475 L'ENFANT PLAZA SW, ROOM 1P650
WASHINGTON DC 20260-6201

---

2.89.

**Title of contract** —

**State what the contract or lease is for** — EMPLOYEE LONG TERM DISABILITY INSURANCE

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** —

**List the contract number of any government contract** —

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNUM LIFE INSURANCE COMPANY OF AMERICA
OF AMERICA
P.O. BOX 409548
ATLANTA GA 30384-9548

---

2.90.

**Title of contract** — LEASE AGREEMENT

**State what the contract or lease is for** — FACILITY LEASE - ROC

**Nature of debtor's interest** — LESSEE

**State the term remaining** — 6/30/2022

**List the contract number of any government contract** —

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

USAIRPORTS ROCHESTER NY LLC
ONE AIRPORT WAY
SUITE 300
ROCHESTER NY 14624

---

2.91.

**Title of contract** —

**State what the contract or lease is for** — EMPLOYEE VISION INSURANCE

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** —

**List the contract number of any government contract** —

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

VISION SERVICE PLAN
3333 QUALITY DRIVE
RANCHO CORDOVA CA 95670

---

2.92.

**Title of contract** — BUSINESS INSURANCE

**State what the contract or lease is for** — EXCESS LIABILITY INSURANCE, POLICY NO. G71789597003

**Nature of debtor's interest** — INSURED

**State the term remaining** — 03/01/2023

**List the contract number of any government contract** —

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WESTCHESTER SURPLUS LINES INSURANCE CO
RISK PLACEMENT SERVICES
525 WEST VAN BUREN
STE 1325
CHICAGO IL 60607

---

Debtor    **Matheson Flight Extenders, Inc.**            Case number *(if known)* **22-21148**

| | | | |
|---|---|---|---|
| 2.93. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | WORKER'S COMPENSATION INSURANCE, POLICY NO. RWD9435054-18 | |
| | **Nature of debtor's interest** | INSURED | XL INSURANCE AMERICA, INC. 70 SEAVIEW AVE SEAVIEW HOUSE STAMFORD CT 06902-6040 |
| | **State the term remaining** | 03/01/2023 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.94. | **Title of contract** | BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AIRPORT LIABILITY, POLICY NO. UA0010968AV22A | |
| | **Nature of debtor's interest** | INSURED | XL SPECIALITY INSURNACE COMPANY 70 SEAVIEW AVE SEAVIEW HOUSE STAMFORD CT 06902-6040 |
| | **State the term remaining** | 3/1/2023 | |
| | **List the contract number of any government contract** | _____ | |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Matheson Flight Extenders, Inc. |
| **United States Bankruptcy Court for the:** Eastern District of California |
| **Case number (if known):** 22-21148 |

☐ Check if this is an amended filing

<u>Official Form 206H</u>
# Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1. MARK B. MATHESON | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.2. MARK B. MATHESON | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3. MARK B. MATHESON<br><br>AS TRUSTEE FOR THE MARK B. MATHESON 2009 IRREVOCABLE TRUST | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.4. MARK B. MATHESON<br><br>AS TRUSTEE FOR THE MARK B. MATHESON 2009 IRREVOCABLE TRUST | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5. MATHESON HOLDINGS GP | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.6. MATHESON HOLDINGS GP | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **Matheson Flight Extenders, Inc.**

Case number *(if known)* **22-21148**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.   MATHESON MAIL TRANSPORTATION, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.8.   MATHESON MAIL TRANSPORTATION, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9.   MATHESON POSTAL SERVICES, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.10.   MATHESON POSTAL SERVICES, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.11.   MATHESON PROPERTIES LLC | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.12.   MATHESON PROPERTIES LLC | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.13.   MATHESON TRUCKING, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANK OF AMERICA NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.14.   MATHESON TRUCKING, INC. | 9785 GOETHE ROAD SACRAMENTO CA 95827 | BANC OF AMERICA LEASING & CAPITAL, LLC | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

**Debtor name:** Matheson Flight Extenders, Inc.

**United States Bankruptcy Court for the:** Eastern District of California

**Case number (if known):** 22-21148

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     6/2/2022
                MM/DD/YYYY

✗     */s/ Charles Mellor*
      Signature of individual signing on behalf of debtor

      Charles Mellor
      Printed name

      Chief Restructuring Officer
      Position or relationship to debtor