**4 PAGES**

Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kevin W. Coleman (CSBN 168538)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: gnuti@nutihart.com
chart@nutihart.com
kcoleman@nutihart.com

Attorneys for
MATHESON FLIGHT EXTENDERS, INC.,
MATHESON POSTAL SERVICES, INC. and
MATHESON TRUCKING, INC.
Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re: <br><br> MATHESON FLIGHT EXTENDERS, INC., <br><br> Debtor. | Case No.: 22-21148 <br><br> Chapter 11 <br><br> **DCN: NH-40** |
| In re: <br><br> MATHESON POSTAL SERVICES, INC. <br><br> Debtor. | Case No.: 22-21149 <br><br> Chapter 11 <br><br> Case No.: 22-21758 <br><br> Chapter 11 |
| In re: <br><br> MATHESON TRUCKING, INC. <br><br> ☐ Affects All Debtors <br> ☐ Affects Matheson Flight Extenders Only <br> ☐ Affects Matheson Postal Services Only <br> ✗ Affects Matheson Trucking Inc. Only | **MOTION TO REJECT UNEXPIRED CONTRACT** <br> **(HubSpot Inc.)** <br><br> Date: January 11, 2023 <br> Time: 11:00 a.m. <br> Place: Department C <br>       501 I Street, 6th Flr., Crtrm. 35 <br>       Sacramento, CA 95814 <br> Judge: Hon. Christopher M. Klein |

1

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

1   Matheson Trucking, Inc. ("MTI" or "Debtor"), a debtor and debtor in possession in the
2   above-captioned case, hereby moves ("Motion") this Court for entry of an order authorizing MTI
3   to reject an unexpired contract ("Contract") between MTI and HubSpot Inc. ("HubSpot") for a
4   subscription-based marketing software platform. In support hereof, MTI respectfully states as
5   follows:

## I. FACTS

MTI entered into the Contract on or about June 14, 2021. The initial term is two years (24 months). HubSpot a subscription based software platform that advertises its ability to integrate marketing, sales, and content management. The cost is billed quarterly (i.e. every 3 months). Beginning with the quarter starting June 14, 2022, the quarterly charge is $10,950.00. The Contract expires on June 14, 2023.

## II. ARGUMENT

### A. Rejection is Warranted

The decision to assume or reject an unexpired lease or executory contract is a matter within the "business judgment" of the Debtor. Under the "business judgment" test, the Court should approve a proposed rejection if it will benefit the estate. In re Chi-Fang Huang, 23 B.R. 798 (9th Cir. BAP 1982). The decision to reject should be approved unless the decision was made "in bad faith or is [a] gross abuse of [the trustee's] business discretion." Lubrizol Enterprise, Inc. v. Richmond Metal Finishers, Inc. (In re Richmond Metal Finishers, Inc.), 756 F.2d 1043, 1047 (4th Cir. 1985), *cert. denied*, 475 U.S. 1057 S.Ct. 1285 (1986).

Here, the Debtor does not believe that the Contract has value for the estate or the creditors. The Debtor is not utilizing the services provided under the Contract. Moreover, there is little indication that value can be realized through assumption and assignment of the Contract. Because the Debtor is not utilizing the Contract and seems highly unlikely to be able to realize value through assumption and assignment of the Contract, it has concluded that the ongoing burden of payments due under the Contract would yield no benefit to the estate. Therefore, the Debtor submits that rejection of the Contract is in the best interests of the estate and creditors.

### B. The Court Should Approve Rejection as of December 14, 2022.

Bankruptcy courts are empowered to grant retroactive rejection of a contract or lease under Bankruptcy Code sections 105(a) and 365(a). *See Thinking Machs. Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machines Corp.)*, 67 F.3d 1021, 1028-29 (1st Cir. 1995) (indicating "rejection under section 365(a) does not take effect until judicial approval is secured, but the approving court has the equitable power, in suitable cases, to order a rejection to operate retroactively" to the motion filing date); *see also Pacific Shore Dev., LLC v. At Home Corp. (In re At Home Corp.)*, 392 F.3d 1064, 1067 (9th Cir. 2004) (same); *In re Chi-Chi's, Inc.*, 305 B.R. 396, 399 (Bankr. D. Del. 2004) ("[T]he court's power to grant retroactive relief is derived from the bankruptcy court's equitable powers so long as it promotes the purposes of § 365(a).").

The equities of these cases favor rejection of the Contract *nunc pro tunc* to December 14, 2022. Rejection *nunc pro tunc* will permit the Debtor to reduce the burdensome cost and avoid additional, unnecessary administrative charges incurred under the Contract that are not necessary to the Debtor's operations or chapter 11 efforts. Furthermore, the counter-party will not be unduly prejudiced if the Contract is rejected *nunc pro tunc* because, as noted above, the Debtor is current on its post-petition obligations under the Contract. To eliminate potential administrative claims against the estate and avoid further obligations accruing under the Contract, the Debtor respectfully submits that rejecting the Lease as of December 14, 2022 the is appropriate.

### III. NOTICE

Pursuant to B.R. 6006(a), a debtor may move to reject an unexpired executory contract by motion noticed to interested parties and the US Trustee. This Motion, the Notice of Hearing, and supporting Declaration of Charles Mellor are being served on HubSpot. Notice of the Motion is also being served on the US Trustee, MTI's 20 largest unsecured creditors, and other parties requesting special notice.

///

///

///

## IV. CONCLUSION

WHEREFORE, MTI respectfully requests that the Court grant this Motion and enter an Order:

1. Authorizing MTI to reject its Contract with HubSpot retroactive to December 14, 2022; and

2. Granting such other and further relief as the Court may deem just and proper.

Dated: December 19, 2022

NUTI HART LLP

By: */s/ Christopher H. Hart*
Christopher H. Hart
Attorneys for Matheson Flight Extenders, Inc., Matheson Postal Services, Inc., and Matheson Trucking, Inc.

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152