## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Matheson Flight Extenders, Inc.

**Case No.:** 22-21148 - C - 11

**Docket Control No.** NH-75

**Date:** 11/01/2023
**Time:** 11:00 AM

**Matter:** [1243] - Motion/Application to Reject Lease or Executory Contract [NH-75] Filed by Debtor Matheson Flight Extenders, Inc., Interested Parties Matheson Postal Services, Inc., Matheson Trucking, Inc. (smis)

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Lindsey Peratis
**Reporter:** Electronic Record
**Department:** C

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Christopher H. Hart
**Respondent(s):**
Attorney for Unsecured Creditor's Committee – Jason Rios;  Attorney for United States Trustee – Jorge Gaitan;  Attorney for Creditor – Gabriel Herrera;  (by zoom) Attorney for the United States Department of Justice - Louisa Soulard;  (by zoom) Attorney for the United States Department of Justice – Dominique Sinesi;  (by zoom) Attorney for Creditor – Kimberly Leding;  (by phone) Attorney for Creditor – Jonathan Doolittle;  (by phone) Attorney for Creditor – Timothy Brink; (by phone) Attorney for Creditor – Virginia Martucci;  (by phone) Attorney for creditor – Emily March

---

### CIVIL MINUTES

Motion Granted

Findings of fact and conclusions of law stated orally on the record

**ORDER TO BE PREPARED BY: Mr. Hart**

**ORDER TO BE APPROVED BY: Mr. Rios and Ms. Sinesi**