**2 PAGES**

Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kevin W. Coleman (CSBN 168538)
NUTI HART LLP
6232 La Salle Ave, Suite D
Oakland, CA 94611
Telephone: 510-506-7152
Email: gnuti@nutihart.com
chart@nutihart.com
kcoleman@nutihart.com
Attorneys for
MATHESON FLIGHT EXTENDERS, INC.;
MATHESON POSTAL SERVICES, INC. and
MATHESON TRUCKING, INC.
Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MATHESON FLIGHT EXTENDERS, INC.,<br><br>Debtor.<br>_____<br>In re:<br><br>MATHESON POSTAL SERVICES, INC.<br><br>Debtor.<br>_____<br>In re:<br><br>MATHESON TRUCKING, INC.<br><br>Debtor.<br><br>☐ Affects All Debtors<br>☒ Affects Matheson Flight Extenders Only<br>☐ Affects Matheson Postal Services Only<br>☐ Affects Matheson Trucking Only | Case No.: 22-21148<br>Chapter 11<br><br>**DCN: NH-75**<br><br>Case No.: 22-21149<br><br>Chapter 11<br><br>Case No.: 22-21758<br><br>Chapter 11<br><br>**NOTICE CONFIRMING EFFECTIVE DATE OF MATHESON FLIGHT EXTENDERS, INC.'S REJECTION OF UNITED STATES POST OFFICE LONG BEACH CALIFORNIA TRANSPORTATION CENTER CONTRACT (Contract:5CLOSV-21-B-0002)**<br><br>Date: November 1, 2023<br>Time: 11:00 a.m.<br>Place: Department C<br>501 I Street, 6th Flr., Crtrm. 35<br>Sacramento, CA 95814<br>Judge: Hon. Christopher M. Klein |

1

**TO: UNITED STATES POSTAL SERVICE AND OTHER INTERESTED PARTIES**

**PLEASE TAKE NOTICE THAT** November 13, 2023, has been designated as the effective date of Matheson Flight Extenders, Inc.'s ("MFE") rejection of Contract: 5CLOSV-21-B-0002 pursuant to which MFE provided surface transfer center services to the United States Postal Service in Long Beach, California ("Long Beach STC Agreement").

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Bankruptcy Court's November 3, 2023, order [DN 1269], <u>January 12, 2024</u>, is the deadline for the United States Postal Service to file any proof of claim arising from rejection of the Long Beach STC Agreement.

Dated: November 16, 2023

NUTI HART LLP

By: */s/ Kevin W. Coleman*
　　Kevin W. Coleman
　　Attorneys for Matheson Flight Extenders, Inc.

NUTI HART LLP
6232 LA SALLE AVE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152