**2 PAGES**

Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kevin W. Coleman (CSBN 168538)
NUTI HART LLP
6232 La Salle Ave, Suite D
Oakland, CA 94611
Telephone: 510-506-7152
Email: gnuti@nutihart.com
chart@nutihart.com
kcoleman@nutihart.com

Attorneys for MATHESON FLIGHT EXTENDERS, INC.; MATHESON POSTAL SERVICES, INC. and MATHESON TRUCKING, INC.
Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: <br> MATHESON FLIGHT EXTENDERS, INC., <br> Debtor. | Case No.: 22-21148 <br> Chapter 11 <br> **DCN: NH-82** |
| In re: <br> MATHESON POSTAL SERVICES, INC. <br> Debtor. | Case No.: 22-21149 <br> Chapter 11 |
| In re: <br> MATHESON TRUCKING, INC. <br> Debtor. | Case No.: 22-21758 <br> Chapter 11 |
|    Affects All Debtors <br> X Affects Matheson Flight Extenders <br>    Affects Matheson Postal Services Only <br> X Affects Matheson Trucking | **ORDER SHORTENING TIME TO HEAR MOTION TO REJECT INDUSTRIAL LEASE WITH BRIDGE POINT LONG BEACH LLC DATED AUGUST 6, 2021** <br> **(2400 E. Artesia Blvd., Long Beach, CA)** <br><br> Date: December 5, 2023 <br> Time: 11:00 a.m. <br> Place: Department C <br>       501 I Street, 6th Flr., Crtrm. 35 <br>       Sacramento, CA 95814 <br> Judge: Hon. Christopher M. Klein |

The Court has considered Matheson Flight Extenders, Inc. ("MFE") and Matheson Trucking, Inc. ("MTI", and together with MFE "Debtors") application seeking an order shortening time for a hearing on Debtors' motions for order authorizing MTI to reject a certain Industrial Lease with Bridge Point Long Beach LLC dated August 21, 2023 ("Lease") for premises commonly known as 2400 E. Artesia Blvd., Long Beach, CA 90805 ("Premises") effective as of December 1, 2023 ("Motion").

There being good cause appearing therefore, the Application is hereby **GRANTED**.

**IT IS ORDERED THAT** a hearing on the Motion shall be held on **December 5, 2023 at 11:00 a.m.**

**IT IS FURTHER ORDERED THAT** any objection to the Motion shall be made at the December 5, 2023 hearing.

**IT IS FURTHER ORDERED** MFE shall serve this Order, the Motion, and the Notice of Motion upon counsel to the affected landlord, United States Postal Service, the Official Committee of Unsecured Creditors, the U.S. Trustee, all Secured Creditors, and parties requesting special notice via email (where a valid email address is known) or overnight mail no later than December _3_, 2023 at __3__ p.m. (Pacific Time).

Dated: December __, 2023

Dated: December 01, 2023

_____
Christopher M. Klein
United States Bankruptcy Judge

2