**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Matheson Flight Extenders, Inc.

**Case No.:** 22-21148 - C - 11

**Docket Control No.** NH-78

**Date:** 12/05/2023
**Time:** 11:00 AM

**Matter:** [1276] - Motion/Application for Compensation [NH-78] by the Law Office of Nuti Hart LLP for Gregory C. Nuti, Debtors Attorney(s). Filed by Gregory C. Nuti (smis)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney – Christopher Hart
**Respondent(s):**
Attorney for Creditor – Gabriel Herrera; (by zoom) Attorney for Unsecured Creditor's Committee – Jason Rios; (by zoom) Attorney for United States Department of Justice – Dominique Sinesi; (by zoom) Attorney for Creditor – Jeffrey Kwong; (by phone) Attorney for Creditor – Timothy Brink; (by phone) Attorney for Creditor – Claire Wu; (by phone) Attorney for Creditor – Steven Casselberry; (by phone) Financial Advisor - Joseph Zagajeski

---

**CIVIL MINUTES**

Motion taken under submission.

    **Chambers to prepare Order**