**4 PAGES**
Gregory C. Nuti (CSBN 151754)
Christopher H. Hart (CSBN 184117)
Kevin W. Coleman (CSBN 168538)
NUTI HART LLP
6232 La Salle Ave, Suite D
Oakland, CA 94611
Telephone: 510-506-7152
Email: gnuti@nutihart.com
chart@nutihart.com
kcoleman@nutihart.com

Attorneys for MATHESON FLIGHT EXTENDERS, INC. AND MATHESON POSTAL SERVICES, INC. and proposed attorneys for MATHESON TRUCKING, INC.

NUTI HART LLP
6232 LASALLE AVE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br>MATHESON FLIGHT EXTENDERS, INC.,<br>Debtor. | Case No.: 22-21148<br>Chapter 11<br>**NH-149** |
| In re:<br>MATHESON POSTAL SERVICES, INC.<br>Debtor. | Case No.: 22-21149<br>Chapter 11 |
| In re:<br>MATHESON TRUCKING, INC.<br>Debtor.<br><br>Substantively Consolidated | Case No.: 22-21758<br>Chapter 11<br><br>**STIPULATION FOR RELIEF FROM STAY AND ORDER** |

No Hearing Requested
Judge: Hon. Christopher M. Klein

Matheson Postal Services, Inc. ("MPS" or "Debtor"), a substantively consolidated debtor in the above-captioned cases and Post Confirmation Committee of Unsecured Creditors ("Committee") hereby submit this Stipulation For Relief From Stay and Order ("Stipulation") pursuant to Bankruptcy Code section 362 vacating the automatic stay for the limited purpose of allowing dismissal of a pending action against MPS captioned *Dennis Edward Bowman v.*

*Ronald Givens, et.al.*, Superior Court of California, County of Los Angeles, Case No.: 21STCV13335 (the "Lawsuit"). The Lawsuit asserted claims for damages resulting from a motor vehicle accident but the plaintiff has not filed a proof of claim against the Debtor.

**BACKGROUND**

On May 5, 2022, Matheson Flight Extenders, Inc. and Matheson Postal Services, Inc. filed a petition for relief under Chapter 11 of title 11 of the United States Bankruptcy Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of California, Sacramento Division ("Bankruptcy Court"), Case Nos. 22-21148 and 22-21149. On July 14, 2022 (the "MTI Petition Date"), MTI filed its Chapter 11 petition for relief in the Bankruptcy Court.

By orders dated May 13, 2022, and July 22, 2022, the Debtors' cases are consolidated for administrative purposes [Doc. No. 42, Case No. 22-21148; and Doc. No. 63, Case No. 22-21758].

On May 25, 2022, the United States Trustee appointed an Official Committee of Unsecured Creditors for MFE and MPS ("UCC") (Doc. No. 87), and on August 8, 2022, the UST appointed the same members of the UCC to also serve as the Official Committee of Unsecured Creditors for MTI (Doc. No. 297).

The Debtors and the Creditors Committee filed their Joint Chapter 11 Plan of Liquidations ("Plan of Liquidation") [Doc. No. 1864], a proposed Disclosure Statement ("Disclosure Statement") [Doc. No. 1865] and Exhibits to the Disclosure Statement [Doc. No. 1866] on August 22, 2024 [DCN: NH-110]. On October 11, 2024, the Court approved the Disclosure Statement and confirmed the Plan of Liquidation. The Plan Administrator, Hank Spacone, was appointed under section 5 .4 of the Plan of Liquidation. The Plan also provides for the dissolution of the Creditors Committee and the appointment of the Post Confirmation Committee comprised of former members of the Creditors Committee. The effective date for the Plan of Liquidation was November 1, 2024.

Pre-petition, on May 3, 2022, MPS was served with a Lawsuit naming MPS as a defendant. On May 6, 2022, Matheson filed a Notice of Stay of Proceedings in the Lawsuit due

NUTI HART LLP
6232 LASALLE AVE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

to its bankruptcy. Plaintiff's counsel was served a copy of the Notice of Stay which included the cover sheet for Matheson's bankruptcy petition. On June 8, 2022, Plaintiff's counsel was served with a Notice of Chapter 11 Bankruptcy which included notice of the claims bar date. The claims bar date was September 6, 2022.

On October 17, 2024, the Bankruptcy Court entered an order confirming a Plan of Liquidation for Matheson ("Plan"). Plaintiff's counsel was served with the proposed Plan prior to confirmation, together with related disclosures. The Plan provides that the automatic stay, arising under section 362 of the Bankruptcy Code prior to confirmation of the Plan, shall remain in full force and effect.

Plaintiff did not file a claim in MPS's bankruptcy case and is barred from doing so. Likewise, Plaintiff's claims are not covered by insurance because the Debtor was self-insured for the first $1,000,000.00. Plaintiff's counsel does not dispute that the Lawsuit is barred. Yet, after numerous requests from MPS, counsel has failed and refused to voluntarily dismiss the Lawsuit. The state court does not believe it has the authority to dismiss MPS from the Lawsuit upon its request without an order from the Bankruptcy Court granting relief from stay.

The harm facing MPS from Plaintiff's pending Lawsuit is that the insurance company holds MPS's cash collateral equal to its $1 million Self-Insured Retention obligation. These proceeds will not be released back to MPS until the Lawsuit is resolved.

**AGREEMENT**

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby agree as follows:

1. Subject to approval by the Court, MPS and the Los Angeles County Superior Court shall have relief from and the authority to waive the automatic stay under 11 U.S.C. § 362 for the limited purpose of allowing dismissal of the Lawsuit;

2. This Stipulation shall become immediately effective upon entry of an order of the Bankruptcy Court approving the Stipulation, and the Parties hereby waive the 14-stay as contemplated by Federal Rule of Bankruptcy Procedure 4001(a)(3).

NUTI HART LLP
6232 LASALLE AVE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

3. The undersigned are authorized to enter into this Stipulation on behalf of their respective clients, such that this Stipulation is and shall be binding upon the respective parties hereto.

4. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original, but all of which together shall constitute one instrument.

5. The Bankruptcy Court shall retain jurisdiction to hear any disputes relating to or arising from this Stipulation.

**IT IS SO STIPULATED.**

Dated: September 23, 2026

Nuti Hart LLP

By: /s/ Greory C. Nuti
Gregory C. Nuti
Attorneys for Matheson Flight Extenders, Inc. and Matheson Postal Services, Inc. and proposed attorneys for Matheson Trucking, Inc.

Dated: September 23, 2026

Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP

By: /s/
Jason Rios
Attorneys for Post Confirmation Committee of Unsecured Creditors

**ORDER**

For good cause appearing,

**IT IS SO ORDERED.**

Dated: September 24, 2026

United States Bankruptcy Judge

NUTI HART LLP
6232 LASALLE AVE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152